1 | Chad Edward Kastle
CDCR # P-86598
2 | Salinas Valley State Prison
31625 Highway 101, POB 1050
3 | Soledad, California 93960-1050
4 | **Pro se litigant,**

FILED

03 JAN 28 AM 10:49

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6 | **UNITED STATES DISTRICT COURT**

7 | **NORTHERN DISTRICT OF CALIFORNIA**

8

9 | CHAD EDWARD KASTLE | )
            Plaintiff, | )

**CV 08     00646**

**JF**

10 | | )   Case No._____

11 |      vs. | )

12 | A. SCHWARZENEGGER, Govenor of
California; | )
COMPLAINT

13 | E. BROWN JR., Attorney General
of California; | )
**42 U.S.C. §1983**

14 | . TILTON, Secretary of California
Department of Corrections; | )

15 | M. EVANS, Warden of Salinas
Valley State Prison; | )

16 | K. KIRBY, Medical Doctor;
E. CAHALAN, Licensed Psychological | )

17 | Technician;
M. SCHNEIDER, Psychologist; | )

18 | MR. JANSEN, Correctional Sergeant;
S. MARTINEZ, Correctional Officer; | )

19 | E. MEDINA, Correctional Counsler;
et al. | )

20 |          Defendant(s). | )

21

22 | **I**

23 | **JURISDICTION AND VENUE**

24

25 |      1.     This is a civil action authorized by 42 U.S.C.

26 | Section 1983 to redress the deprivation, under color of state

27 | law, of rights secured by the Constitution of the United States.

28 | The court has jurisction under 28 U.S.C. Section 1331 and

COMPLAINT           - 1 -

1343(A)(3).  Plaintiff seeks declaratory relief persuant to

28 U.S.C. §2201 and §2202.  Plaintiff's claims for injunctive

relief ~~and~~ are authorized by 28 U.S.C. §2283 and §2284 and Rule 65

of the Federal Rules of Civil Procedure.

2.     The United States District Court for the Northern

District of California is the appropriate venue under 28 U.S.C.

§1391(b)(2) because it is where the events giving rise to the

claim occurred.

## II

## PLAINTIFF

3.     Plaintiff, CHAD EDWARD KASTLE, is and at all

times mentioned herein a prisoner of the state of California

in the custody of the California Department of Corrections.

He is currently confined in Salinas Valley State Prison in

Soledad, California.

## III

## DEFENDANTS

4.     Defendant, A. SCHWARZENEGGER, is the Govenor of

the state of California.  He is legally responsible for the

appointment of all personal currently employed by the state of

California and Salinas Valley State Prison.

5.     Defendant, E. BROWN JR., is the Attorney General

for the state of California.  He represents the People of the

State of California and all persons employed by the State of

California.

6.     Defendant, J. TILTON, is the Secretary for the

California Department of Corrections.  He is responsible for the

COMPLAINT                        - 2 -

1  lawful operation of all State Prisons including Salinas Valley

2  State Prison.

3      7.    Defendant, M. EVANS, is the Warden of Salinas

4  Valley State Prison and as such is the legal custodian of

5  Plaintiff.

6      8.    Defendant K. KIRBY is a medical doctor currently

7  employed by the state of California at Salinas Valley State

8  Prison.  Who, at all times mentioned in this Complaint, held

9  the position of Primary Care Psychotherapist for Plaintiff.

10      9.    Defendant, E. CAHALAN, is a Licensed Psychiatric

11  Technician currently employed by the State of California at

12  Salinas Valley State Prison.

13      10.    Defendatn, M. SCHNEIDER is a Psychologist currently

14  employed by the State of California at Salinas Valley State

15  Prison.

16      11.    Defendant, JANSEN, is a Correctional Sergeant

17  currently employed by the State of California at Salinas Valley

18  State Prison.

19      12.    Defendant, S. MARTINEZ, is a Correctional Officer

20  currently employed by the State of California at Salinas Valley

21  State Prison.

22      13.    Defendant, E. MEDINA, is a Correctional Counsler,

23  level II, currently employed by the State of California at

24  Salinas Valley State Prison as Appeals Coordinator.

25      14.    Each Defendant is sued individually and in his or

26  her official capacity.  At all times mentioned in the Complaint

27  each Defendant acted under color of State Law.

28  ///

COMPLAINT                          - 3 -

### III

### FACTS

15.    Plaintiff KASTLE was found guilty of violating Title 15 of the California Rules and Regulations, Section 3290, Subdivision (d) during a Prison Disciplinary Hearing log number B07-07-0036, for refusing to sumbit to a urinalysis requested by custody officer S. MARTINEZ on July 25, 2007.  (See Ex. A)

16.    Upon information and belief Plaintiff KASTLE contends that the information leading custody officer to request this test was erroneously given by Plaintiff's psychotherapist, Dr. K. KIRBY, Defendant, when she disclosed confidential, privileged information obtained during a treatment session between Defendant KIRBY, Defendant CALAHAN, and Plaintiff KASTLE.  (See Ex. A & C)

17.    Plaintiff KASTLE refused to submit to this test because he believed this act to be an illegal breach of earlier discussions held in a private, closed psychological session between Defendant KIRBY, Defendant CAHALAN and Plaintiff KASTLE, thus did not warrant such action under law.  (See Ex. A & C)

18.    Upon information and belief Defendant KIRBY again violated Plaintiff KASTLE's rights when she denied Plaintiff any right to refuse Defendant KIRBY to change his relying psychotropic medication without first obtaining Plaintiff KASTLE's written, informed consent required by state law. (See Ex. C & E)

19.    Upon information and belief, during the course of Plaintiff KASTLE's attempt to exhaust his administrative remedies in accordence with 42 U.S.C. §1997e, the appeals coordinator

COMPLAINT                    - 4 -

1   Defendant E. MEDINA, failed to file Plaintiff KASTLE's exhaustive

2   appeal, disregarded Plaintiff's request for an outcome of his

3   pending appeal. (See Ex. B)

4        20.    On August 02, 2007, seven days after the incident

5   for which this complaint derived from, Plaintiff KASTLE filed a

6   timely administrative appeal addressed to the Appeals

7   Coordinator. (See Ex. B, Aug. 2nd appeal)

8        21.    On August 07, 2007 Plaintiff KASTLE submitted

9   a request to Medical Records asking to be sent a copy of his

10  medical records indicating the July 25th incident.  Please Note

11  that Plaintiff could not use the appeals process to request this

12  information because only one appeal may be filed within a seven

13  day period in accordence with 15 CCR 3084.4(a);  Plaintiff had

14  just submitted the August 2nd appeal, five days prior.  After

15  the seven day period had passed, Plaintiff filed an appeal

16  directed to Medical Records, requesting to be sent all Medical

17  records.  This appeal was submitted to the appeals coordinator

18  on August 13, 2007.  (See Ex. B,et seq.)

19       22.    On August 19, 2007, after not hearing on the

20  procedings of either of his appeals (August 2nd & August 13th)

21  Plaintiff sent the Appeal Coordinator a request in an attempt

22  to know the proceedings of his two appeals.  (See Ex. B)

23       23.    On September 05, 2007, again after not hearing of

24  the proceedings of Plaintiff's appeals and requests, Plaintiff

25  sent the Appeals Coordinator a subsequest administrative appeal.

26  (See Ex. B, Sept. 5th appeal)

27       24.    The Subsequest appeal was immediately received and

28  delivered to Plaintiff on September 22, 2007.  The appeal was

COMPLAINT                          - 5 -

1   attached to an Inmate/Parolee Appeal Screening Form, (CDC695)
2   to which the Appeals Coordinator, Defendant MEDINA rejected.
3   Reason stated for the rejection was that the appeal was not an
4   appeal, but a Request for Interview (CDC-GA-22). I was directed
5   to send the request for interview CDC-GA-22 form to Medical.

6       25.    Defendant MEDINA failed to address the appeal, but
7   instead addressed only the attached copy of the Request for
8   Interview (which was submitted as an exhibit accompanyment to
9   the appeal). The face of the Screening Form states that the
10  Screening action may not be appealed. (See Ex. B)

11      26.    Plaintiff KASTLE's August 2nd, 2007 appeal was
12  never recognized or addressed by the appeals coordinator. The
13  action for which Plaintiff was attempting to exhaust under
14  42 U.S.C. §1997e, was now time barred according to California
15  Statute at 15 CCR §3084.7(c). (See Ex. B)

16      27.    Plaintiff KASTLE, being that he could not file
17  an appeal contesting the Defendant's rejection of his appeal,
18  filed an entirenly new appeal on September 17th, 2007. In this
19  appeal Plaintiff addressed all issues, and requested a time
20  extension with which to file a new appeal, in order to comply
21  with his exhaustion requirements under 42 U.S.C. 1997e.
22  (See Ex. B)

23      28.    Plaintiff's September 17th appeal was again
24  rejected by Defendent MEDINA on September 18, 2007 and returned
25  to Plaintiff KASTLE.

26      29.    Plaintiff KASTLE filed a Petition for Writ of
27  Habeas Corpus in the Monterey Counry Superior Court in Soledad,
28  California, Case Name In re Chad Edward Kastle, Case Number

COMPLAINT          - 6 -

1  HC5929.  The Petition was denied by the Honorable Stephen

2  Sillman on December 3, 2007.  A Motion in Opposition to the

3  Court's Notice of Denial was filed on December 12, 2007.

4      30.    Plaintiff KASTLE has sence filed his Petition in

5  the California Court of Appeals, and currently awaits exceptance

6  by the Court.

7      31.    On August 5th, 2007, Plaintiff KASTLE was found

8  guilty of violating California Statute 15 CCR §3090(d) and

9  assessed ninety (90) days loss of good-time credits among other

10  things.

11                              IV

12            **EXHAUSTION OF LEGAL REMEDIES**

13      32.    Plaintiff KASTLE used the prisoner grievance

14  procedure available at Salinas Valley State Prison to try and

15  solve the problem.  On August 2, 2007 Plaintiff KASTLE presented

16  the facts relating to his complaint.  On August 19, 2007

17  Plaintiff KASTLE submitted a request to know why he had not been

18  notified of the proceedings of his August 2, 2007 appeal.  On

19  September 5, 2007 Plaintiff KASTLE submitted a subsequent appeal

20  ashe had still not heard of the proceedings of his appeal and

21  request.  On September 22, 2007 Plaintiff's September 5, 2007

22  appeal was acknowledged and rejected.  On September 17, 2007

23  Plaintiff submitted a 3rd Appeal and 4th notice of his appeal.

24  On September 18, 2007 this appeal was too rejected.  Plaintiff

25  was diligent in his attempt to exhaust his 42 U.S.C. 1997e

26  duties, but was blocked by Defendant MEDINA from suceeding.

27  (See Ex. B pages 1-17)

28  ///

        COMPLAINT          - 7 -

**V**

## LEGAL CLAIMS

33.    Plaintiff realleges and incorporates by reference paragraphs 1 - 32.

34.    The deprivation of Plaintiff's earned good-time, through the act of the Defendant's errors and negilegence attributable to violations of the United States Constitional fourth, fifth, eighth and fourteenth Amendments .

35.    The Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which Plaintiff seeks.

**VI**

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this court enter judgement granting Plaintiff:

36.    A declaration that the acts and omissions described herein violated Plaintiff's rights under the United States Constitution.

37.    A preliminary injunction ordering Defendants to re-organize and repair the Administrative Appeals Process.

37.    Compensatory damages in the amount of $9,000.00 against Defendant KIRBY.

38.    Punitive damages in the amount of $5,000.00 against Defendant EVANS.

COMPLAINT                    - 8 -

39.   A jury trial on all issues triable by jury.

40.   Plaintiff's cost in this suit.

41.   Any additional relief this court deems just, proper, and equitable.

DATED: 12/24/07          Respectfully Submitted,


Chad Edward Kastle
CDCR # P-86598
Salinas Valley State Prison
31625 Highway 101, POB 1050
Soledad, California 93960-1050


## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true.  I certify under penalty of perjury that the foregoing is true and correct.

Executed at Soledad, California on: 12/24/07

Chad E. Kastle CDC# P86598
Plaintiff, In pro se.

COMPLAINT          - 9 -

# CV 08     00646     JF

## E X H I B I T     ( A )

**Ex. Page No.**

1.      RVR dated August 5, 2007

2.      RVR continued page (2) of (4)

3.      RVR continued page (3) of (4)

4.      RVR continued page (4) of (4)

5.      RVR - Part "C", Supplemental Report by Respondent Kirby given on August 31, 2007

6.      RVR - Part "A", Referral for felony prosecution

//kastle on habeas corpus//

- 24 -

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAD EDWARD KASTLE                    )
                                      )
        Plaintiff,                    )
                                      )   Civil Action No._____
           vs.                        )
                                      )
                                      )            SUMMONS
                                      )
A. SCHWARZENEGGER; E. BROWN JR.;      )
J. TILTON; M. EVANS; K.KIRBY;         )
E.CAHALAN; M. SCHNEIDER;  MR.         )
JANSEN; S. MARTINEZ; E. MEDINA;       )
et al.                                )
                                      )
        Defendants.                   )
                                      )

TO THE ABOVE-NAMED DEFENDANTS:

    You are hereby summoned and required to serve upon plaintiff

, whose address is 31625 Highway 101, Soledad, CA 93960-1050 an

answer to the complaint which is herewith served upon you,

within 20 days after service of this summons upon you,

exclusive of the day of service, or 60 days if the U.S.

Government or officer/agent thereof is a defendant.  If you fail

to do so, judgement be default will be taken against you for

the relief demanded in the complaint.


Clerk of the Court

Date:_____

- 1 -

104 Sent To Record _____ _____ By _____

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. 102 | LOG NO. |
|---|---|---|---|---|---|---|
| P-86509 | KASTLE | | | | | 807-07-0 |
| VIOLATED RULE NO(S). | | SPECIFIC ACTS | | LOCATION | DATE | TIME |
| CCR 3290(d) | | REFUSAL TO TEST FOR CONTROLLED SUBSTANCE | | | 07/25/07 | 1330 HRS |

CIRCUMSTANCES

On July 25, 2007, at approximately 1330 hours, while I was assigned as Bravo Work Crew Officer, I was instructed by B-Yard Sergeant Jenson to conduct a urinalysis on Inmate KASTLE, P-86509, FB-102L, at the request of B-Yard medical staff Dr. Kirby. I had Inmate KASTLE report to B-Medical Health Annex. I handed Inmate KASTLE a pair of latex gloves and a urine specimen container and instructed Inmate KASTLE to give me a urine sample. Inmate KASTLE handed me back the above mentioned items and stated, "I refuse." I advised Inmate KASTLE that refusal to submit to a urinalysis would result in a CDC 115 for refusing. Inmate KASTLE stated, "That's alright, I will take the 115."

Inmate KASTLE is a participant in the Mental Health Services Delivery System at the CCCMS level of care.

Inmate KASTLE's TABE score is above 4.0.

| REPORTING EMPLOYEE (Typed Name and Signature) | | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|---|
| ▶ S. Martinez, Correctional Officer | | 7/ /07 | B-Work Crew Ofcr. | S/S |
| REVIEWING SUPERVISOR'S SIGNATURE | | DATE | ☐ INMATE SEGREGATED PENDING HEARING | |
| ▶ | | 7- | N/A | |
| | | | DATE _____ LOC. _____ | |
| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
| ☐ ADMINISTRATIVE | F | | | ☐ HD ☐ SHO ☐ SC ☐ |
| ☒ SERIOUS | | | | |

| COPIES GIVEN INMATE BEFORE HEARING | | | | | |
|---|---|---|---|---|---|
| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | |
| 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 | ▶ | | | | |
| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) | DATE | TIME |
| N/A | ▶ | | | ▶ | |

HEARING

**PLEA:** NOT GUILTY

**FINDINGS:** Inmate KASTLE was found Guilty of CCR §3290(d), specifically, "REFUSAL TO TEST FOR CONTROLLED SUBSTANCE", Division "F" Offense. This finding is based on the preponderance of evidence presented at the hearing which do substantiate the charge.

**DISPOSITION:** Inmate KASTLE was assessed 90 days forfeiture of credits, consistent with a Division "F" Offense, per CCR §3323. Inmate KASTLE was assessed 90 days Privilege Group "C", which shall commence on 08/05/07 and conclude 11/02/07. Privilege Group "C" includes: Limited yard per "C" Status, No telephone calls (except on emergency basis), dayroom, No family visits, No special purchases or quarterly packages, 1 maximum canteen draw.

**ADDITIONAL DISPOSITION:** Inmate KASTLE was counseled, warned and reprimanded.

**INMATE KASTLE IS REQUIRED TO SUBMIT TO MANDATORY RANDOM DRUG TESTING, PER CCR 3315(f)(4), FOR A PERIOD OF TWELVE (12) MONTHS.**

(CONTINUED ON RVR PART-C)

| REFERRED TO ☐ CLASSIFICATION    ☐ BPT/NAEA | | | | |
|---|---|---|---|---|
| ACTION BY: (TYPED NAME) | | SIGNATURE | | DATE | TIME |
| R.A. KESSLER, CORRECTIONAL LIEUTENANT (F-B) | | ▶ | | 8/5/07 | 0819 |
| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | | DATE | |
| ▶ T. KRINGE, CAPTAIN (A) | | ▶ E.P. JONES, C.D.O. | | | |
| ☒ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | | BY: (STAFF'S SIGNATURE) | | DATE | TIME |
| | | ▶ | | | |

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS
PAGE 2 OF 4

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| F-95598 | KASTLE | F07-07-0076 | S.V.S.P. | 08/05/07 |

| ☐ SUPPLEMENTAL | ☒ CONTINUATION OF: | ☒ 115 CIRCUMSTANCES | ☒ HEARING | ☐ IE REPORT | ☐ OTHER_____ |

**Hearing:** 08/05/07   **Time:** 0910 hrs   **Any Postponement Explained:** None

**Inmate's Health:** Inmate KASTLE stated his health was good and is willing to proceed with the hearing. The circumstances have been read aloud in the presence of inmate KASTLE, who acknowledged his understanding of the charges.

**MSDS:** Inmate KASTLE is a participant in the Department's Mental Health Services Delivery System (MSDS), at the CCCMS level of care.

The circumstances of the RVR do not indicate that inmate KASTLE exhibited any bizarre behavior that would raise concerns about his mental health. Based on this and pursuant to recent changes approved by the U.S. Court on COLEMAN, mental health assessment was not initiated. During the hearing, inmate KASTLE did not demonstrate any strange, bizarre or irrational behavior.

**Date of Discovery:** 07/25/07
**Initial RVR copy issued on:** 08/01/07
**Last document issued on:** 08/01/07
**Hearing started on:** 08/05/07
**D.A. postponed date:** None
**D.A. results issued date:** None

**Time Constraints:** Time constraints were met. Inmate KASTLE was provided a copy of the CDCR Form 115 within 15 days after the discovery of information leading to the charge. The hearing was held within 30 days of the date the inmate was provided a copy of the CDCR Form 115.

**Staff Assistant (SA):** A Staff Assistant was not assigned per CCR §3315(d)(2).

Inmate KASTLE'S TABE Reading Score is above 4.0.

**Investigative Employee (IE):** An Investigative Employee was not assigned per CCR §3315(d)(1).

**D.A. Referral:** N/A

**Evidence Requested or Used:** There was no evidence requested or used.

**External/Outside Evidence:** None   **Video Tape Evidence:** None

**Inmate Plea and Statement:** Inmate KASTLE entered a plea of NOT GUILTY and made the following statement: "No, I have to deal with it on appeal."

(CONTINUED ON RVR PART-C)

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| R.A. KESSLER, CORRECTIONAL LIEUTENANT | 8/5/07 |

| ☐ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| | | 8-1-07 | 0800 |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
PAGE ___ OF ___

## RULES VIOLATION REPORT - PART C

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| | CASTLE | | C.M.C.E. | |

☐ SUPPLEMENTAL   ☒ CONTINUATION OF:   ☐ 115 CIRCUMSTANCES   ☒ HEARING   ☐ IE REPORT   ☐ OTHER_____

The Senior Hearing Officer asked the following question(s) of the Subject:

Q-1: You were ordered to submit to a urine analysis by Correctional Officer Martinez?
A-1: Yes.

Q-2: Did you comply with this lawful order?
A-2: No.

Witnesses Requested: None.   Witness Testimony at Hearing: None

Confidential Information: There was no confidential information used in this hearing.

Findings: Inmate CASTLE is found Guilty of "Refusal to Test for Controlled Substance." This Finding of Guilty is based upon the following preponderance of evidence:

As the testimony of Correctional Officer S. Martinez, presented in the circumstances portion of the RVR which states part: "..... I was instructed by Relief Sergeant Brown to conduct a urinalysis on inmate CASTLE (T-XXXXX, X-XXXX), per the request of Relief medical staff Dr. Kirby. I had inmate CASTLE report to Medical facility Annex. I issued inmate CASTLE a pair of latex gloves and a urine specimen container and instructed inmate CASTLE to give me a urine sample. Inmate CASTLE handed me back the above mentioned items and stated, "I refuse." I advised inmate CASTLE that refusal to submit to a urinalysis would result in a CDC-115 for refusing. Inmate CASTLE stated, "That's alright, I'll take the 115."

Re: The testimony of Dr. Kirby M.D., presented in the RVR Supplemental Report, which states in part: "On XX/XX/XX, approximately 1130 hours, while assigned as Psychiatrist, I saw inmate CASTLE (T-XXXXX) for a priority floor medication management appointment. During the appointment, I noted that he was agitated, anxious, slightly tremulous, argumentative, defensive, slightly paranoid, demanding and not appropriately processing information. His eyes were glassy and his pupils were extremely dilated. I did not believe these symptoms were best accounted for by his current medication, though I managed it over the next several weeks, as it appeared contraindicated. Following my examination with him, I discussed his presentation with his regular clinician, Dr. Schneider, who concurred that his presentation was outside his normal baseline, and we both felt agreed that a urine toxicity screen was appropriate. I was sure that these symptoms were better accounted for by substance abuse, consistent with amphetamine abuse, and ordered a urine toxicity screen. I was informed that inmate CASTLE refused to provide a urine sample and this matter was turned over to custody for appropriate action."

Conclusion: The reports in, Employee noted that he ordered inmate (per my lawful instructions (per Sergeant Brown), per Dr. Kirby, to conduct urine analysis on inmate CASTLE, who did not cooperate and obeyed. "I refuse." The Supplemental Report references Dr. Kirby M.D., notes that one met with inmate CASTLE on XX/XX/XX and concurred (believed), that the symptoms noted in the RVR Supplemental were not consistent with his prescribed medication, Dr. Kirby discussed this information together with inmate CASTLE's regular clinician, Dr. Schneider, who concurred that inmate CASTLE's presentation was outside his own baseline, and that a toxicity screen was appropriate. Dr. Kirby states and suspected that the symptoms noted in the RVR Supplemental Report were better accounted for by substance abuse, consistent with amphetamine abuse.

(CONTINUED IN RVR PART-C)

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| R.A. KESSLER, CORRECTIONAL LIEUTENANT | 8/5/0 |

| ☑ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

PAGE __ OF __

## RULES VIOLATION REPORT - PART C

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| T-95506 | KASILF | F07-07-0036 | S.V.S.P. | 08/05/07 |

☐ SUPPLEMENTAL ☒ CONTINUATION OF: ☐ 115 CIRCUMSTANCES ☒ HEARING ☐ IE REPORT ☐ OTHER_____

Inmate KASILF pled not guilty to said charge, however he did not use the alloted time set aside for him to present the basis for his innocence. The Senior Hearing Officer admonished inmate KASILF for not complying to direct orders from staff. Inmate KASILF was advised that further violation of this nature will result in progressive disciplinary action.

This finding is based on the preponderance of evidence at the hearing, which does substantiate the charge.

Enemy Concerns: There are no enemy concerns related to this disciplinary report.

Appeal Rights: Inmate KASILF was advised of his rights to appeal per CCR §3084.1(a). Inmate KASILF was advised that he will receive a completed copy of the RVR upon final audit by the Chief Disciplinary Officer. Inmate KASILF was further advised of restoration of credit loss for a Division "F" offense per CCR 3327.

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| R.A. KESSLER, CORRECTIONAL LIEUTENANT | 8/5/07 |

| ☐ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| | | | |

CDC 115-C (5/95)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

**RULES VIOLATION REPORT - PART C**

PAGE ___ OF ___

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| | | | | |

☒ SUPPLEMENTAL   ☐ CONTINUATION OF:   ☐ 115 CIRCUMSTANCES   ☐ HEARING   ☐ IE REPORT   ☐ OTHER _____

On 07/20/07, at approximately 1130 hours, while I was assigned as Psychiatrist, I saw Inmate _____, for a priority mental medication management appointment. During the appointment, I noted that he was agitated, anxious, slightly tremulous, argumentative, defensive, slightly paranoid, demanding, and not appropriately processing information. His eyes were glassy and his pupils were extremely dilated. I did not believe these symptoms were best accounted for by his current medication, though I noticed it over the next several weeks, as it appeared contraindicated. Following my appointment with him, I discussed his presentation with his regular clinician, Dr. _____, who concurred that his presentation was outside his normal baseline, and we both agreed that a urine toxicity screen was appropriate. I suspected that these symptoms were better accounted for by substance abuse, consistent with amphetamine abuse, and ordered a stat urine toxicity screen. I was informed that Inmate _____ refused to provide a urine sample and this matter has been turned over to custody for appropriate action.

| | | |
|---|---|---|
| | SIGNATURE OF WRITER | DATE SIGNED |
| | | 7/3/__ |
| ☐ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED |
| | | TIME SIGNED |

CDC 115-C (5/95)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| P-86596 | CASTLE | CCR 3290(c) | 07/25/07 | NDF | D07-07-0056 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT ☐ YES ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |
| ☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION |
|---|---|
| | N/A |

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I REVOKE my request for postponement. | ▶ N/A | |

## STAFF ASSISTANT

| STAFF ASSISTANT | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ REQUESTED   ☐ WAIVED BY INMATE | ▶ | |

| | DATE | NAME OF STAFF |
|---|---|---|
| ☐ ASSIGNED | | |
| ☒ NOT ASSIGNED | REASON | DMC 33B (J 2) |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ REQUESTED   ☐ WAIVED BY INMATE | ▶ | |

| | DATE | NAME OF STAFF |
|---|---|---|
| ☐ ASSIGNED | | |
| ☒ NOT ASSIGNED | REASON | DMC 33B (J) |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☐ REPORTING EMPLOYEE   ☐ STAFF ASSISTANT   ☐ INVESTIGATIVE EMPLOYEE   ☐ OTHER _____   ☒ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| N/A | ☐ | ☐ | N/A | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| INVESTIGATOR'S SIGNATURE | DATE |
|---|---|
| ▶ | |

| ☐ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ▶ | TIME | DATE |
|---|---|---|---|

## E X H I B I T   ( B )

**Ex. Page No.**

1.  CDCR-695 (Form) "Inmate/Parolee Screening Form, dated September 18, 2007

2.  CDC-602 (Form) "Inmate/Parolee Appeal Form", dated September 17, 2007

3.  (continuation) Id.

4.  CDC-602 "Exhibit A"

5.  CDC-602 (Form) "Inmate/Parolee Appeal Form", dated August 02, 2007

6.  (continuation) Id. (double-sided)

7.  RVR - Part C, Supplemental Report by Respondent Kirby dated July 31, 2007

8.  RVR dated August 5, 2007

9.  RVR - Part A, Referral for felony prosecution, dated July 25, 2007

10. CDC-602 "Exhibit B"

11. CDCR-695 (Form) "Inmate/Parolee Screen Form, dated September 06, 2007

12. CDC-602 (Form) "Inmate/Parolee Appeal Form, dated September September 05, 2007

13. CDC-GA-22 (Form) "Inmate Request for Interview", dated August 19, 2007

14. "Inmate/Parolee appeals tracking form" dated September 06, 2007

15. (continuation) Id.

16. CDC-602 (Form) :Inmate/Parolee appeal Form, dated August 13, 2007

17. CDC-GA-22 (Form) "Inmate Request for Interview", dated August 07, 2007.  Attached CDC-193 (Form) "Trust Account Withdrawal Order", Dated Aug. 07, 2007.

//kastle on habeas corpus//

- 25 -

State of California    INMATE / PAROLEE APPEAL SCREENING FORM    Department of Corrections and Rehabilitation
CDCR-695

INMATE: _Kastle_    CDC #: _P-86598_    CDC HOUSING: _B5-102_

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR
RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

### YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

[ ] Duplicate Appeal; Same Issue
[ ] Inappropriate Statements
[ ] Time Constraints Not Met
[ ] Cannot Submit On Behalf Of another Inmate
[ ] Appealing Action Not Yet/Already Taken
[ ] May Submit One (1) Non-Emergency Appeal Per Week
[ ] Incomplete 602
[ ] Attempting to Change Original Appeal Issue
[ ] Not Authorized to Bypass Any Level
[✓] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached
[ ] Action / Decision Not Taken By CDCR
[ ] DRB/BPH Decisions Are Not Appealable
[ ] No Significant Adverse Effect Demonstrated
[ ] Pointless Verbiage/Appeal is vague
[ ] Not A Request Form; Use CDCR-7362 – to access Medical
   Services, submit your request on a CDCR-Form 7362.
   If necessary, sign up for sick call.
[ ] Request for Interview; Not an Appeal
[ ] must attempt to resolve grievance informally
   through the informal appeals process

### PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS
Comments:  You may write on back of this form to clarify or respond to the above.

you have several issues in appeal.
#1 is to have an appeal, I never received, get
a log #. I can only process appeals after I
receive them. You have attached a copy of
an appeal, on white paper, w/ no original signature
that is now outside time constraints.
# 2 is the RVR. to appeal an RVR, attach
a complete final copy : note due process
procedural errors on a 602

Eloy Medina, CC-II
Appeals Coordinator

Date: _9/18/07_

This screening action may not be appealed.  If you allege the above reason is inaccurate, then attach an explanation
on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.*  Please
return this form to the Appeals Coordinator with the necessary information attached. (4/30/07)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE
APPEAL FORM**

CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

1. _____    1. _____    _____ /0

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.    *Processing of Appeals*

| NAME<br>Kastle, CHAD EDWARD | NUMBER<br>P86598 | ASSIGNMENT<br>2nd Watch Building Porter | UNIT/ROOM NUMBER<br>B5-102 |
|---|---|---|---|

A. Describe Problem: ☒ After an incident on July 25, 2007, I filed a 602 appeal form dated for August 02, 2007 (Exhibit A) through the institutional mail. After not receiving an Inmate Appeal Assignment Notice, as is usually sent to me describing the appeals designation and due date, I sent an Inmate request for interview (GA-22) to the Appeals Coordinator on August 19, 2007. After two more weeks of not hearing back from the Appeals Coordinator, on July 09, 2007 I filed A 602 appeal requesting the position of my August 02, 2007 appeal as well as requesting a LOG # for that 602 appeal and that an Assignment Notice

If you need more space, attach one additional sheet.    (CONTINUED ON ATTACHED SHEET)

B. Action Requested: To be granted a time extension and have my ~~argiwt~~ original Aug.2, 2007 filed at the formal level and given a LOG #.  Thank you.

REC'D SEP 18 2007

Inmate/Parolee Signature: _____  DELIVERED SEP 21 2007    Date Submitted: 9/17/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

cc/ck

CONTINUED 602 APPEAL FOR SEPTEMBER 17, 2007

Describe Problem: be sent to me for that August 2nd appeal.  On September 13,
007 I received my July 9th appeal back and a CDCR-695, Screening Form attached
o the front of it.  On the bottom of the screening form is stated that this
DCR-695 form may not be appealed.  From the face of the Screed-Out appeal and
he face of the CDCR-695 form attached, it appears that the appeals coordinator
ither does not understand the appeal, or did not read it at all.  Regardless,
he Appeals Coordinator, Eloy Medina, attached a printout of my updated appeals
here there is no sign of my XxX August 2, 2007 appeal ever reaching or being
iled.  (Exhibit B, September 5th, 2007 screened out appeal)  Being that the
ncident on which date of the August 2nd, 2007 appeal was filed (July 25, 2007)
 an now barred by 15 CCR §3084.6(c); from filing an appeal aginst medical staff
r. Keren Kerby because the incidence occured on July 25, 2007 and my August 2nd
2007 appeal XXXXXXXXXXX never reached the Appeals Coordinator.  As stated in my
riginal appeal of August 2, 2007, I am only filing this appeal to exhaust my
lesser remedies so as this matter is not likely to be resolved at the Administ-
rative Level, so I might bring this matter to the court.


     ATTACHED: EX A Original August 2,2007  602 Appeal
               EX B Screened out 602 appeal for September 9, 2007

_CHAD E. KASTLE, P86598_                    DATED: September 17, 2007

# EXHIBIT A

Original Aug. 2, 2007 GO2 Appeal

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region         Log No.              Category

1. _____              1. _____

2. _____              2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME KASTLE, Chad Edward | NUMBER P86598 | ASSIGNMENT PTR-B.521 B52W | UNIT/ROOM NUMBER B-5-204 |

A. Describe Problem: Inmate KASTLE [Hereinafter referred to as, "Petitioner"] seeks Injunctive Relief under the Federal Rights Act, 42 U.S.C. §1983, and §1997e(a) as well as citing case, Coleman vs. Wilson (E.D.Cal.1995) 912 F.SUPP.1282. Petitioner also seeks Injuctive Relief under, California Government Code §810, as well as cite case law, People vs. Delgado (1989) 262 Cal.Rptr.122 at page 130 when citing, Kayhea vs. Rushing (1986) 178 Cal.App.3d 526, also see The Sixth Montoring Report Of The Special Master, filed 10/10/2000; Coleman vs. Davis (E.D.Cal.2000) No.Civ. S 90-0520 LKK.   (cont. on Attached page)

If you need more space, attach one additional sheet.

B. Action Requested: Grant Injunctive Relief requested by Petitioner in such that Dr. Kerby be permanantly removed from practicing any profession within the California Department of Corrections & Rehabilitation here forth.   The California Attorney General file a formal complaint with the State Licensing (cont. on Attached page)
Inmate/Parolee Signature: _____              Date Submitted: 08/02/2007

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____              Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____              Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed              CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

Continuation of CDC 602 dated for 80/02/2007

A: - Petitioner claims that during an interview of 07/25/2007, he and his primary care psychiatrist, Dr. Kerby discussed possibly taking Petitioner off his current perscribed dosage of 50mg of Paxil (Antidepressant), and reducing it to 20mg over the next two weeks as Petitioner seemed agitated at his current dosage, displaying both anxiety and slight paranoia. At the mention of reducing Petitioner's current dosage, Petitioner became very argumentitive and refused to sign any INFORMED CONSENT form to have the Psychiatrist reduce his dosage. Dr. Kerby continued to suggest that He seemed very agitated, showing signs of SSRI (Selective Sertonin Reuptake Inhibitors) overload, or possibly High on Methamphetamines. To which Petitioner explained his suffers from Bipolar Disease (Documented through-out his Mental Health record), and that his enlarged puiples were dialated as a side effect of his medication (Also documented in Petitioner's Health File) which is the reason Petitioner has a perscription for Transition Lenses. Petitioner requested that Dr. Kerby review his Medical File to which Dr. Kerby refused, stating only that she knew Petitioner was high, and medication does not cause this side effect. Petitioner and Dr. Kerby persistantly argued about lowering the dosage of Paxil, to which Petitioner strongly refused to consent to, being that He knew the effect of doing so results in relapse (see mental health file). Dr. Kerby took advantage of her position as facility psychiatrist to discipline Petitioner for challenging her proffesional conduct, and appointed custody staff, NOT medical staff, conduct a UA (Urine Analysis) of Petitioner. When Officer S. Martinez approached Petitioner requesting him giving a UA, Petitioner declined knowing this to be a retaliatory action, steming from his refusal to sign an INFORMED CONSENT form to remove Petitioner from his relying treatment.
Petitioner is filing this Administrative Appeal so as to exhaust his lesser remedies in accordance with 42 U.S.C. §1997e(a), and <u>Bishop vs. Lewis</u> (9th Cir. 1998) 155 F.3d 1094.

B: - Board, National Institute of Mental Health, Board of Behavioral Sciences, California State Board of Pharmacy, Medical Board of Calif., Board of Psychology, and the Department of Commerce regarding Dr. Kerby's misuse of her Position as a Psychiatrist, and a person. Reverse all Actions

(continued on reverse)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTION

## RULES VIOLATION REPORT - PART C

PAGE 1 OF 1

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| P-86598 | KASTLE | B07-07-0036 | SVSP | 07/25/07 |

| ☒ SUPPLEMENTAL | ☐ CONTINUATION OF: | ☐ 115 CIRCUMSTANCES | ☐ HEARING | ☐ IE REPORT | ☐ OTHER_____ |

On 07/25/07, at approximately 1130 hours, while I was assigned as Psychiatrist, I saw Inmate KASTLE, P-86598, for a priority dusted medication management appointment. During the appointment, I noted that he was agitated, anxious, slightly tremulous, argumentative, defensive, slightly paranoid, demanding, and not appropriately processing information. His eyes were glassy and his pupils were extremely dilated. I did not believe these symptoms were best accounted for by his current medication, though I noticed it over the next several weeks, as it appeared contraindicated. Following my appointment with him, I discussed his presentation with his regular clinician, Dr. Schneider, who concurred that his presentation was outside his normal baseline, and we both had agreed that a urine toxicity screen was appropriate. I suspected that these symptoms were better accounted for by substance abuse, consistent with amphetamine abuse, and ordered a stat urine toxicity screen. I was informed that Inmate KASTLE refused to provide a urine sample and this matter has been turned over to custody for appropriate action.

Dr. Kirby, Bay-D. M.D.

| SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|
| | | 7/3/07 |

| ☐ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| | | | |

604 Sent To Records On 7 __ 7 By __

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTION

## RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. 102 | LOG NO. |
|---|---|---|---|---|---|---|
| P-86598 | KASILE | | EPRD/7-R-2016 | SVSP | B5-2040 | B07-07-0 |
| VIOLATED RULE NO(S) | | SPECIFIC ACTS REFUSAL TO TEST FOR CONTROLLED SUBSTANCES | | LOCATION Fac. 'B' | DATE | TIME |
| CCR §3290(d) | | | | HEALTH ANNEX | 07/25/07 | 1330 HRS |

CIRCUMSTANCES

On July 25, 2007, at approximately 1330 hours, while I was assigned as Bravo Work Crew Officer, I w instructed by B-Yard Sergeant Jansen to conduct a urinalysis on Inmate KASILE, P-86598, B5-2040, at the request o B-Yard medical staff Dr. Kirby. I had Inmate KASILE report to B-Medical Health Annex. I handed Inmate KASILE a pa of latex gloves and a urine specimen container and instructed Inmate KASILE to give me a urine sample. Inmate KASILE handed me back the above mentioned items and stated, "I refuse." I advised Inmate KASILE that refusal to submit a urinalysis would result in a CDC 115 for refusing. Inmate KASILE stated, "That's alright, I will take the 115."

Inmate KASILE is a participant in the Mental Health Services Delivery System at the CCCMS level of care.

Inmate KASILE's TABE score is above 4.0.

| REPORTING EMPLOYEE (Typed Name and Signature) S. Martinez, Correctional Officer | DATE 7/26/07 | ASSIGNMENT B-Work Crew Ofcr. S/S | RDO'S |
|---|---|---|---|

| REVIEWING SUPERVISOR'S SIGNATURE | DATE 7-27-07 | DATE | N/A |
|---|---|---|---|
| | | LOC. | |

| CLASSIFIED | OFFENSE DIVISION: D | DATE 7/31/07 | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
| ☐ ADMINISTRATIVE ☑ SERIOUS | | | | ☐ HO   ☐ SHO   ☐ SC   ☐ |

COPIES GIVEN INMATE BEFORE HEARING

| ☑ CDC 115 B07-07-0036 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT | | | |
|---|---|---|---|---|---|---|---|
| ☐ INCIDENT REPORT LOG NUMBER: N/A | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) | | DATE | TIME |

HEARING

## PLEA: NOT GUILTY

FINDINGS: Inmate KASILE was found Guilty of CCR §3290(d), specifically, "REFUSAL TO TEST FOR CONTROLLED SUBSTANCES" Division 'D' Offense. This finding is based on the preponderance of evidence presented at the hearing which g substantiate the charge.

DISPOSITION: Inmate KASILE was assessed 90 days forfeiture of credits, consistent with a Division 'D' Offense, per §2323. Inmate KASILE was assessed 90 days Privilege Group 'C', which shall commence on 08/04/07 and conclude 11/02/07. Privilege Group 'C' includes: Limited yard per 'C' Status, No telephone calls (except on emergency basis) dayroom, No family visits, No special purchase or quarterly packages, ¼ maximum canteen draw.

ADDITIONAL DISPOSITION: Inmate KASILE was counseled, warned and reprimanded.

INMATE KASILE IS REQUIRED TO SUBMIT TO MANDATORY RANDOM DRUG TESTING, PER CCR 3315(f)(4), FOR A PERIOD OF TWELVE MONTHS.

(CONTINUED ON RVR PART-C)

REFERRED TO  ☐ CLASSIFICATION   ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) R.A. KESSLER, CORRECTIONAL LIEUTENANT (F-R) | SIGNATURE | | DATE 9/5/07 | TIME 0819 |
|---|---|---|---|---|
| REVIEWED BY: (SIGNATURE) T. KRENKE, CAPTAIN (A) | DATE 9/4/07 | CHIEF DISCIPLINARY OFFICER'S SIGNATURE E.P. JONES, C.D.O. | DATE | |
| ☑ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) | | DATE | TIME |

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| P-86598 | KASTLE | CCR §3290(d) | 07/25/07 | SVSP | B07-07-0036 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT    ☐ YES    ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |
| ☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION |
|---|---|
| | N/A |

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I REVOKE my request for postponement. | ▶ N/A | |

## STAFF ASSISTANT

| STAFF ASSISTANT | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ REQUESTED    ☐ WAIVED BY INMATE | ▶ | |

| ☐ ASSIGNED | DATE | NAME OF STAFF |
|---|---|---|
| ☒ NOT ASSIGNED | REASON | DnMC 3315 (d)(1) |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ REQUESTED    ☐ WAIVED BY INMATE | ▶ | |

| ☐ ASSIGNED | DATE | NAME OF STAFF |
|---|---|---|
| ☒ NOT ASSIGNED | REASON | DnMC 3315 (d)(1) |

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)
☐ REPORTING EMPLOYEE    ☐ STAFF ASSISTANT    ☐ INVESTIGATIVE EMPLOYEE    ☐ OTHER _____    ☒ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| N/A | ☐ | ☐ | N/A | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE | DATE |
|---|---|---|
| | ▶ | |

| ☐ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ▶ | TIME | DATE |
|---|---|---|---|

# EXHIBIT B

Screend out appeal of Sept 9, 2007

State of California    INMATE / PAROLEE APPEAL SCREENING FORM    Department of Corrections and Rehabilitation
CDCR-695

INMATE: _Kastle_    CDC #: _P-86598_    CDC HOUSING: _BS-102_

THIS IS *NOT* AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR ONE OR MORE REASONS NOTED BELOW OR
RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.

### YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

[ ] Duplicate Appeal; Same Issue

[ ] Inappropriate Statements

[ ] Time Constraints Not Met

[ ] Cannot Submit On Behalf Of another Inmate

[ ] Appealing Action Not Yet/Already Taken

[ ] May Submit One (1) Non-Emergency Appeal Per Week

[ ] Incomplete 602

[ ] Attempting to Change Original Appeal Issue

[ ] Not Authorized to Bypass Any Level

[ ] Numerous and separate issues

[ ] Limit of One Continuation Page May Be Attached

[ ] Action / Decision Not Taken By CDCR

[ ] DRB/BPH Decisions Are Not Appealable

[ ] No Significant Adverse Effect Demonstrated

[ ] Pointless Verbiage/Appeal is vague

[ ] Not A Request Form; Use CDCR-7362 – to access Medical
    Services, submit your request on a CDCR-Form 7362.
    If necessary, sign up for sick call.

[X] Request for Interview; Not an Appeal

[ ] must attempt to resolve grievance informally
    through the informal appeals process

PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS
Comments:  You may write on back of this form to clarify or respond to the above.

_Send Request for Interview to_
_Medical._

_I have attached appeal listing of_
_Formal appeals received by Appeals Office_

Eloy Medina, CC-II
Appeals Coordinator

DELIVERED SEP 1 3 2007
Date: _9/6/07_

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation
on a separate piece of paper, or use the back of this screen out – *do not write any more on the appeal itself.* Please
return this form to the Appeals Coordinator with the necessary information attached. (4/30/07)

B5

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. _____ | 1. _____ | 10 |
| 2. _____ | 2 _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly. *process of Appeals*

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| KASTLE, Chad Edward | P86598 | PTR.B B52W | B5-102 |

A. Describe Problem: **On August 02, 2007, I filed a CDC 602 appeal aginst medical staff. On August 19th, 2007, after not hearing from the appeals coordinator regarding my appeal, I sent a CDC GA-22 Inmate request for Interview to the appeals coordinator requesting information regarding the August 2nd appeal. To date I have heard nothing about any action requested of my appeal, or a response to my 08/19/2007 request for interview. I am sending a re-typed copy of the 08/19/2007 request for interview with this appeal.**

**-attached copy of 8-19-07,GA-22-**

If you need more space, attach one additional sheet.

B. Action Requested: **Provide me with the current position of my August 2nd appeal, provide me with a LOG # for that appeal, and forward me an, "Inmate Appeal Assignment Notice" for the August 2nd Appeal (CDC 602). Thank you.**

Inmate/Parolee Signature: _Chad E Kastle_    REC'D SEP 6 2007    Date Submitted: **09/05/2007**

C. INFORMAL LEVEL (Date Received: _____ )

DELIVERED SEP 1 3 2007

Staff Response: _____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: DELIVERED SEP 21 2007

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE 08/19/2007 | TO Appeals Coordinator | | FROM (LAST NAME) Kastle | CDC NUMBER P86598 |
|---|---|---|---|---|

| HOUSING B5 | BED NUMBER 204 | WORK ASSIGNMENT porter, B52W    RDO: S/M | JOB NUMBER FROM | TO |
|---|---|---|---|---|

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)
Coastline Community College Fall '07                                                           TO

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence

I have not received an , "Inmate Appeal Assignment Notice" on two CDC-602 appeals I filed.

One was on August 02, 2007 and the other was on August 13, 2007.  Please inform me as to the

proceedings of these Appeals.  Thank you.

**Do NOT write below this line. If more space is required write on back.**

| INTERVIEWED BY | DATE |
|---|---|

| DISPOSITION | |
|---|---|

cc/ck08192007

alinas Valley State Prison

09/06/2007

## CALIFORNIA DEPARTMENT OF CORRECTIONS
### Inmate/Parolee Appeals Tracking System - Level I & II

**Appeal Listing**

orted By: CDC Number

| DC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| 86598 | KASTLE, C | D YARD | PROPERTY | SVSP-D-04-01277 | |
| | Level I Review: | Received: 04/01/2004    Due: 05/13/2004 | Completed: 06/16/2004 | Disposition: GRANTED IN PART | |
| | Level II Review: | Received: 08/03/2004    Due: 09/07/2004 | Completed: 09/20/2004 | Disposition: SCREENED OUT | |
| 86598 | KASTLE, C | D CLASS | MEDICAL | SVSP-D-04-01710 | |
| | Level I Review: | Received: 05/07/2004    Due: 06/25/2004 | Completed: 06/25/2004 | Disposition: DENIED | |
| 86598 | KASTLE, C | D YARD | DISCIPLINARY | SVSP-D- | |
| 86598 | KASTLE, C | FAC. D 4 | FUNDS | SVSP-D- | |
| 86598 | KASTLE, C | FAC. D 4 | PROGRAM | SVSP-D-04-02466 | |
| | Level I Review: | Received: 07/02/2004    Due: 08/16/2004 | Completed: 08/13/2004 | Disposition: WITHDRAWN | |
| 86598 | KASTLE, C | FAC. D 4 | CUSTODY/CLASS. | SVSP-D-04-02700 | |
| | Informal Review: | Received: 07/21/2004    Due: 08/04/2004 | Completed: 07/21/2004 | Disposition: DENIED | |
| | Level I Review: | Received: 07/21/2004    Due: 09/01/2004 | Completed: 09/03/2004 | Disposition: DENIED | |
| 86598 | KASTLE, C | FAC. D 4 | LEGAL | SVSP-D- | |
| 86598 | KASTLE, C | FAC. A 1 | MEDICAL | SVSP-A-04-04559 | |
| | Level I Review: | Received: 12/02/2004    Due: 01/13/2005 | Completed: 01/14/2005 | Disposition: GRANTED | |
| 86598 | KASTLE, C | FAC. A 1 | PROPERTY | SVSP-A- | |
| 85598 | KASTLE, C | FAC. A 1 | PROPERTY | SVSP-A-05-00234 | |
| | Level I Review: | Received: 01/18/2005    Due: 03/02/2005 | Completed: 03/03/2005 | Disposition: WITHDRAWN | |
| 86598 | KASTLE, C | FAC. A 1 | MEDICAL | SVSP-A- | |
| 86598 | KASTLE, C | FAC. A 1 | PROPERTY | SVSP-A-05-02525 | |
| | Informal Review: | Received: 05/20/2005    Due: 06/06/2005 | Completed: 06/24/2005 | Disposition: GRANTED IN PART | |
| | Level I Review: | Received: 07/01/2005    Due: 08/15/2005 | Completed: 08/02/2005 | Disposition: GRANTED | |
| 86598 | KASTLE, C | FAC. A 1 | LIVING CONDITIONS | SVSP-A-05-02861 | |

09/06/2007

Salinas Valley State Prison

## CALIFORNIA DEPARTMENT OF CORRECTIONS
### Inmate/Parolee Appeals Tracking System - Level I & II

### Appeal Listing

Sorted By: CDC Number

| CDC Number | Appellant Name | Area Of Origin | | Issue | | Log Number | Group Appeal |
|---|---|---|---|---|---|---|---|
| | | **Informal Review:** Received: 07/14/2005 | Due: 07/28/2005 | **Completed:** 07/26/2005 | **Disposition:** DENIED | | |
| | | **Level I Review:** Received: 07/29/2005 | Due: 09/12/2005 | **Completed:** 09/02/2005 | **Disposition:** DENIED | | |
| 786598 | KASTLE, C | FAC. A 5 | | MEDICAL | | SVSP-A-05-04335 | |
| | | **Level I Review:** Received: 11/16/2005 | Due: 12/30/2005 | **Completed:** 01/06/2006 | **Disposition:** DENIED | | |
| 786598 | KASTLE, C | FAC. B 5 | | MAIL | | SVSP-B- | |
| | | **Informal Review:** Received: 01/18/2006 | Due: 02/01/2006 | **Completed:** 01/31/2006 | **Disposition:** GRANTED IN PART | | |
| 786598 | KASTLE, C | FAC. B 5 | | MEDICAL | | SVSP-B- | |
| | | **Informal Review:** Received: 07/19/2006 | Due: 08/02/2006 | **Completed:** 08/04/2006 | **Disposition:** GRANTED IN PART | | |
| 786598 | KASTLE, C | FAC. B 5 | | CASE INFO./RECORDS | | SVSP-B- | |
| 786598 | KASTLE, C | FAC. B 5 | | ADA | | SVSP-B-06-03093 | |
| | | **Level I Review:** Received: 10/13/2006 | Due: 11/03/2006 | **Completed:** 11/02/2006 | **Disposition:** DENIED | | |
| 786598 | KASTLE, C | FAC. B 5 | | MEDICAL | | SVSP-B- | |
| | | **Informal Review:** Received: 12/20/2006 | Due: 01/05/2007 | **Completed:** 01/04/2007 | **Disposition:** GRANTED IN PART | | |
| 786598 | KASTLE, C | FAC. B 5 | | CASE INFO./RECORDS | | SVSP-B- | |
| | | **Informal Review:** Received: 04/05/2007 | Due: 04/19/2007 | **Completed:** 04/20/2007 | **Disposition:** WITHDRAWN | | |
| 786598 | KASTLE, C | FAC. B 5 | | ADA | | SVSP-B-07-03328 | |
| | | **Level I Review:** Received: 07/31/2007 | Due: 08/21/2007 | **Completed:** 08/16/2007 | **Disposition:** GRANTED IN PART | | |

Total: 21

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region          Log No.                    Category

1. _____      1. _____      _____

2. _____      2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| KASTLE | P86598 | PTR.B B52W | B5-204 |

A. Describe Problem: On August 07, 2007 I requested a copy of my mental health file in toto. I have not received any word or information regarding my request. (see req. for interview attach.) I also submitted an inmate trust withdrawal (attached). This request should not be construed th my July 25th request for a copy of my physition's medical file. This request is warranted under DOM §54046.8.4.

ATTACHED:   copy of request for interview dated 08072007

copy of trust withdrawal dated 08072007

If you need more space, attach one additional sheet.

B. Action Requested: Provide me with a complete copy of my mental health file from the date of my incarceration, until the date the of the last entry of the date the copy is made.

Inmate/Parolee Signature: ~~[signature]~~                    Date Submitted: 08/13/2007

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: IM received copies of all Mental Health Records on 8.24.07

Staff Signature: E. Alvarez, HRT I                    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____                    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim                    CDC Appeal Number:

MAO-07-2120

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE 08/07/2007 | TO MEDICAL RECORDS | FROM (LAST NAME) KASTLE | CDC NUMBER P86598 |
|---|---|---|---|

| HOUSING B-5 | BED NUMBER 204U | WORK ASSIGNMENT PTR-B.521  B52W | JOB NUMBER FROM | TO |
|---|---|---|---|---|

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

College                                                                                   TO

### Clearly state your reason for requesting this interview.

You will be called in for interview in the near future if the matter cannot be handled by correspondence

PLEASE PROVIDE ME WITH A COMPLETE COPY OF MY MENTAL HEALTH FILE, DATED UP TO THE DATE OF MAKING

COPIES. ON 07/25/07, I REQUESTED A COPY OF MY PHYSICIANS FILE LESS THE MENTAL HEALTH FILE,

BECAUSE OF AN UNRELATED EVENT, I NOW NEED A COPY OF THIS FILE AS EVIDENCE FOR LAWSUITE. PER-SON

### Do NOT write below this line. If more space is required write on back.

| INTERVIEWED BY | DATE |
|---|---|

DISPOSITION

CC/CK

---

STATE OF CALIFORNIA
CDC-193

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# TRUST ACCOUNT WITHDRAWAL ORDER

Date .... 08/07 .................... 20 ..07.........

To :  Warden or Superintendent     Inmate Identified by:........................

I hereby request that my Trust Account be charged $ ..................................... for the purpose stated below and authorize
the withdrawal of that sum from my account:

.............. p86598 .........................
NUMBER

........................................
NAME (Signature please, DO NOT PRINT)

State below the Purpose for which withdrawal is requested
(do not use this form for Canteen or Hobby purchases).

PRINT PLAINLY BELOW name and address for person
to whom check is to be mailed .

PURPOSE........ COPIES OF MENTAL HEALTH FILE
.................. IN TOTO. ......................
........................................................
........................................................

NAME ....SYSP/TRUST..OFFICE...........................
ADDRESS ...............................................
........................................................
........................................................

CC/CK                                    CHAD EDWARD KASTLE.............................
                                         PRINT YOUR FULL NAME

CDC-193(9/01)

# E X H I B I T   ( C )

**Ex. Page No.**

1.    Psychiatry Progress Notes by Respondent Kirby dated for
      July 25, 2007

2.    Physician's Orders (Form CDC-7221) by Respondent Kirby
      dated July 25, 2007

3.    Chonological Interdisciplinary Progress Notes by
      Respondent Cahalan dated July 25, 2007

4.    Psychiatry Progress Notes by Respondent Kirby dated for
      August 07, 2007

//kastle on habeas corpus//

State of California  Department of Corrections & Rehabilitation
Salinas Valley State Prison Psychiatry Progress Note

Date: 07/25/07    Time: 10⁰⁰    Face to face interview ☒ Yes ☐ No    If not, reason:
If not face to face, was I/M scheduled for a face to face psychiatry interview ☐ Yes ☐ No    If not reason:

Patient identification: _im been med_

Subjective:
Symptoms reported by I/M: _Pax'l was ↑ to 50u, D/C S/R ... reports having restless leg, insomnia & wants to come off — requesting alternative med. However — when I began exploring hx of depressive sx it is clear he has no current depression_

Medication side effects reported by I/M: _if anything, he is florid, hypomanic — became argumentative, defensive, very irritable_

Other issues discussed with I/M: _implied he will end up in CTC if Pax'l is d/c'd without immediate change to something else — & began accusing me of not being help for following tharla, etc._

Objective:
Are consents current? ☒ Yes    ☐ No
Review of recent lab tests _7/15/06 - WNL_
If I/M is on mood stabilizers, date of last lab results in UHR: _n/a_
If last results were abnormal, what action needs to be taken: _n/a_
Review of other lab tests and new labs tests ordered:
Results of recent AIMS evaluation: _— 0_

Mental Status Exam:
Suicidal ideation/impulses/intent    Absent    Mild    Moderate    Intense
Homicidal ideation/impulses/intent    Absent    Mild    Moderate    Intense

_A&O x3. As intent pupils are markedly dilated. mood irritable, affect labile, anxious. Thought tangential, overinclusive, preoccupied, bordering on being delusional. thought he is rel. persistent & no A/H/I/V reported_

Assessment: _very hypomanic — perhaps pot. by ↑ dose Pax'l_
Diagnosis: _✓_
Response to current medication regimen: _which would indicate a possible bipolar disorder._

Plan:
☐ Continue current psych med regimen    _↓ Pax'l 40 x 1 wk, then 30 x 1 wk, then 20 — reeval in 2 wks_
☒ Revise current psych med regimen
Rationale for revising/continuing medication regimen:

Patient Education: How to recognize worsening symptoms and the need to be seen by a Psychiatrist ASAP, if at anytime he feels unsafe to himself or to others. _will not reconsider any other anti depressant until actual symptoms of depression are clear. If anything — I/M's condition for mood symptoms._

RTC: _2 wks_

Print Name: KIRBY, MD    Signature: _[signature]_

MENTAL HEALTH
INTERDISCIPLINARY PROGRESS NOTES
MH 3 [26 March 2006]
Confidential Client/Patient Information
See W & I Code, Section 5328

LEVEL
OF CARE:
CCCMS
GP

Last Name: KASTLE, CHAD
First Name:
DOB:    09/11/1975
Date:
CDC #  P86598

P  S  Y  C  H  I  A  T  R  Y

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Order must be dated, timed and signed.) |
|---|---|---|---|
| 07/25/07 | 12ʷ | 1 | D/C ALL PREVIOUS PSYCH MEDS |
| | | | 2) paxil 40mg po qam × 7d, then paxil 30 mg po q am × 7d, then paxil 20mg po q am × 90 d |
| 7/25/07 | @ 1205 | | NOTED E. CAHAIAN LPT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| ALLERGIES: | INSTITUTION SVSP | ROOM/WING FBB5T2000000204U |
|---|---|---|

Confidential
client information
See W & I code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

KASTLE, CHAD

P86598

09/11/1975

CDC   7221  (2/00)
STATE OF CALIFORNIA    OSP  00    35617  DEPARTMENT OF CORRECTIONS

State of California, Department of Correct        SVSP

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES.

All Staff, Clinicians & Treatment Teams

| Date/Time | |
|---|---|
| 7/15/~ 1355 | I/M Kastle was seen by ΨMD and LPT on a priority ducat @ approximately 1145 hours. I/M Kastle displayed S/SX unusual from I/M's baseline as evidenced by ↑ and exaggerated movements. I/M's eyes where bulged and a noticeable I/M pupil dialation was noted. I/M was aggitated and arguementative while being interviewed. I/M was unable to communicate/comprehend effectively as evidenced by ΨMD and LPT having to repeat themselves several times in an atempt to educate and inform I/M on his treatment plan and what the ΨMD thought was appropriate for I/M Kastle. ΨMD and LPT consulted c̄ I/M's regular clinician regarding this issue and his c/M confirmed that these Bx's described are irregular from his usual baseline. ΨMD then ordered a Urine Tox Screen which the I/M Refused to take c̄ the supervision of a C/O for medical. This matter was turned over to custody staff for review of appropriate action.— |

E. Cahalan, Licensed Psychiatric Technician

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [3/21/96] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE Inpatient Outpatient | Name Kastle, Chad CDC # P86598 |
|---|---|---|

State of California  Department of Corrections & Rehabilitation
Salinas Valley State Prison Psychiatry  Progress Note

Date: 08/07/07    Time: 1130    Face to face interview ☒ Yes ☐ No    If not, reason:
If not face to face, was I/M scheduled for a face to face psychiatry interview☐  Yes ☐ No    If not reason:

Patient Identification: _IM seen in med F/U._

**Subjective:**
Symptoms reported by I/M: _only volunteers poor sleep & appetite. Initially stated he was fine_

Medication side effects reported by I/M:

Other issues discussed with I/M: _is only able to endorse some sx of depression w/o concentration & energy if directly asked. He does not volunteer - only_

**Objective:**
Are consents current?  ☐ Yes  ☐ No

Review of recent lab tests
If I/M is on mood stabilizers, date of last lab results in UHR:
If last results were abnormal, what action needs to be taken:
Review of other lab tests and new labs tests ordered:
Results of recent AIMS evaluation:

Mental Status Exam:
Suicidal ideation/impulses/intent          Absent    Mild    Moderate    Intense
Homicidal ideation/impulses/intent    Absent    Mild    Moderate    Intense

_Extremely Entitled. Demanding. Attempts at every turn to dictate his own treatment and care. He continues to insist that he knows his own body & that I should increase Prozac to 40 mg, yet is disrespectful, devalues my & ? techs credentials, & insists he knows more than I do. concrete. illogical. crises projection as defense. as well as splitting & projective identification. he also as well devaluing attitude irritable mood. no psychomotor retardation_

**Assessment:**
Diagnosis: _no major sx of Depression & irritable_
Response to current medication regimen: _fair._
_no agitation. affect is demanding. thought + argumentative preoccupied with defense but linear - not disor. no psychosis of any kind_

**Plan:**
☒ Continue current psych med regimen — _no indication to change —_
☐ Revise current psych med regimen
Rationale for revising/continuing medication regimen: _increase or decrease_

**Patient Education:** How to recognize worsening symptoms and the need to be seen by a Psychiatrist ASAP, if at anytime he feels unsafe to himself or to others.

RTC: _90 d_

Print Name: KIRBY, MD          Signature:

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [26 March 2006] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE: CCCMS GP | Last Name: KASTLE, CHAD First Name: DOB: 09/11/1975 Date: CDC # P86598 |

# P S Y C H I A T R Y

# E X H I B I T    ( D )

**Ex. Page No.**

1.  Chronological Interdisciplinary Progress Notes by Respondent Schneider, dated December 16, 2005

2.  " " dated December 16, 2005 (continued)

3.  " " dated December 16, 2005 (continued)

4.  " " dated December 22, 2005

5.  " " dated February 14, 2006

6.  " " dated May 16, 2006

7.  " " dated June 16, 2006

8.  " " dated September 15, 2006

9.  Treatment Plan by Respondent Schneider, dated September 20, 2006

10. Chronological Interdisciplinary Progress Noted by Respondent Schneider, dated December 28, 2006

11. " " dated January 12, 2007

12. " " dated February 01, 2007

13. " " dated May 10, 2007

//kastle on habeas corpus//

State Of California, Department of Corrections-Institution: SVSP    Prior Page Number: 1 of 3.

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams

Use Name & Title Stamp

| Date/Time: | |
|---|---|
| 10.24<br>12.16.05 | CM Contact:<br>(S) Pt discussed medication issues.<br>Pt discussed prior EOP status<br>"I'm doing better"<br>"I'm sleeping + eating good"<br>"I'm showering"<br>Pt denies AH/VH/SI/HI<br>(O) Alert, attentive + Ox4<br>Neat & clean.<br>Sad affect<br>Depressed mood.<br>(A) MDD<br>(P) CM, as needed.<br><br>See page 2, next chart for chart review<br><br>MARNI SCHNEIDER, Psy D    Page # |

MENTAL HEALTH
INTERDISCIPLINARY PROGRESS NOTES

MH 3 (3/21/96)

Confidential Client/Patient Information
See W & I Code, Section 5328

LEVEL OF CARE

Inpatient

Outpatient

Last Name: KASTLE    First Name: Chad    MI:

CDC #: P86598    DOB: 9, 11, 75

1063

State Of California, Department of Corrections-Institution: SVSP        Prior Page Number:

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams

| Date/Time: | Chart review                                  Use Name & Title Stamp. |
|---|---|
| 1130 | PM contact |
| 12/6/05 | chart review: level of care + gaf |
| | 9/27/05 cccms+ 65 |
| | 9/30/04 cccms + 65 |
| | 4/7/04 EOP + 49 |
| | 1/29/04 EOP N/A |
| | |
| | 9/30/04 - Pt did not demonstrate interest in attending groups provided at EOP program. |
| | |
| | 10/9/05 - "I am fine" |
| | |
| | 9/26/05 - Adj D/o w/mixed depression and anxiety |
| | GAF = 65 |
| | Pt not interested in attending groups. |
| | 2/8/05 - stable at cccms |
| | 1/2?/05 - "I am fine. No problem" Not interested in group. MAENI SCHNEIDER Psy.D |
| (cont) | Page # |

MENTAL HEALTH
CIPLINARY PROGRESS NOTES

MH 3 [3/21/96]

...ient/Patient Information
...Code, Section 5328

| LEVEL OF CARE | Last Name: KASTLE First Name: Chad MI: |
|---|---|
| Inpatient | CDC #: P81698 DOB 9.11.79 |
| Outpatient | |

Pg 3065

State Of California, Department of Corrections-Institution: SVSP    Prior Page Number

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams

Use Name & Title Stamp.

| Date/Time: | |
|---|---|
| 1130 8/16/08 (cont) | (cont) Chart Review + CM |
| | 10/30/04 — Refused Depakote + Seroquel |
| | 10/26/04 — No issues to discuss |
| | 8/24/04 — ↑ lethargy |
| | poor med compliance |
| | 8/17/05 — I/M "fine" |
| | 7/8/04 — EOP |

MARNI SHNEIDER PsyD    Page #

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name: Kastle, | First Name: Chad | MI: |
|---|---|---|---|---|
| MH 3 (3/21/96) | | | | |
| Confidential Client/Patient Information See W. & I Code, Section 5328 | Inpatient | CDC # P-86598 | DOB 9/11/75 | |
| | Outpatient | | | |

State Of California, Department of Corrections-Institution: SVSP    Prior Page Number: _____

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES;    All Staff, Clinicians, Treatment Teams

Use Name & Title Stamp.

| Date/Time: | |
|---|---|
| 12/22/05 | S: "I think my meds are about to expire"<br>"My mood is good"<br>Pt stated he is doing well |
| 1000 | |
| | O: Alert attentive. O x 4<br>Neat clean. Blunt<br>affect. Depressed mood |
| | A: Adjustment D/O with mixed<br>anxiety + depressed<br>mood<br>(current)<br><br>R/O MDD |
| | P: CM as needed.<br>med referral re: expiration |

MARNI SCHNEIDER PsyD    Page #

MENTAL HEALTH
INTERDISCIPLINARY PROGRESS NOTES

MH 3 [3/21/96]

Confidential Client/Patient Information
See W & I Code, Section 5328

LEVEL OF CARE

Last Name: Kastle    First Name: Chad    MI:

Inpatient

CDC #: P86598    DOB: 9/11/75

Outpatient

State of California, Department of Corrections – Institution: SVSP          Prior Page Number:

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: All Staff, Clinicians, Treatment Teams

Date/Time (S)

2/14/06   "I'm doing good"
1040   Pt seems to check in to
make sure he is doing
okay. Pt denies current
significant issues. ∅SI
∅HI  ∅AH ∅VH

(O) Alert, attentive + 0 x 4.
Neat, clean
Good mood
Sad affect.

(A) Adjustment D/O with mixed
vs.    Anxiety/Depression
MDD.

(P) CM, as needed.


M. Schneider, Psy.D.

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name, First Name | MI |
|---|---|---|---|
| MH 3 (4/99) | CCCMS | Kastle, Chad | |
| Confidential Client/Patient Information See W & J Code, Section 5328 | Outpatient | CDC# D81598  DOB    FEB 2 8 200? | |

State of California, Department of Corrections – Institution: SVSP     Prior Page Number:

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: All Staff, Clinicians, Treatment Teams

| Date/Time | Case Management Contact: |
|---|---|
| 5/16/2006 1430 Subjective | "I'm doing well on the Paxil." Pt states he feels good @ his meds "I'm having ups & down". Pt discussed support systems including his dad + brother. Pt looking forward to overnight family visit. Reports ↑ frustration + ↑ agitation, mood swings, appetite, + sleep WNL ↓ paranoia. Pt has significantly improved in functioning since first arriving on yard. Pt adjusting well. |
| | Homicidal ideation, intent, or plan:    Yes   (No) |
| | Suicidal ideation, intent, or plan:    Yes   (No) |
| Objective | Neat, clean, and well-groomed: (Yes) / No |
| | Alert, attentive, and cooperative: (Yes) / No |
| | Mood: stable   Affect: WNL   Eye Contact: good |
| | WNL   O x 4   D/change to MDD, mild |
| Assessment | Axis I: Adjustment D/O (current)   GAF: 60 (prior) |
| Plan | Case Management Contact, as needed. Psychiatric Medication, as prescribed. |
| | Psychiatric Referral:   yes  (no) |
| Education | Medication Compliance / Coping Skills / Anger Management |
| | M. Schneider, Psy.D., Staff Psychologist |

MENTAL HEALTH
INTERDISCIPLINARY PROGRESS NOTES
MH 3 (4/99)
Confidential Client/Patient Information
See W & I Code, Section 5328

| LEVEL OF CARE | Last Name,   First Name   MI |
|---|---|
| CCCMS | Kastle, Chad |
| Outpatient | CDC# P86598   DOB |

te of California, Department of Corrections – Institution: SVSP        Prior Page Number:

HRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:  All Staff, Clinicians, Treatment Teams

| Date/Time | Case Management Contact: |
|---|---|
| 2/6/06 12:30 | **Subjective** — Pt states he is doing well + is currently stable. Pt denies AH/VH/SI/HI. Pt denies violent fantasies or thoughts. Pt discussed family support system. |

Patient reports: that he is taking his Paxil as directed.

| | |
|---|---|
| AH: | Yes / (No) |
| VH: | Yes / (No) |
| Homicidal ideation, intent or plan: | Yes / (No) |
| Suicidal ideation, intent, or plan: | Yes / (No) |
| **Objective** Neat, clean and well-groomed: | (Yes) / No |
| Alert, attentive, and cooperative: | (Yes) / No |
| O x 4: | (Yes) / No |
| Mood: WNL | Affect: WNL    Eye Contact: WNL |

**Assessment**

→ Reassess?

Axis I: Adjustment D/o with anxiety / DD
(According to MD
T# – no chart avail)

GAF: 63

**Plan**   Case Management Contact, as needed.  Psychiatric Medication, as prescribed.
Psychiatric Referral: yes (no)  Reason:

**Education**   Medication Compliance / (Coping Skills) / Anger Management
Other:

M. Schneider, Psy.D., Staff Psychologist

MENTAL HEALTH
INTERDISCIPLINARY PROGRESS NOTES
MH 3  (4/99)

Confidential Client/Patient Information
See W & I Code, Section 5328

| LEVEL OF CARE | Last Name,    First Name    MI |
|---|---|
| CCCMS | Kastle   Chad |
| Outpatient | CDC#  P86597    DOB |

Prior Page Number: ___ ___

State of California - Department of Corrections    Salinas Valley State Prison

All Staff, Clinicians, Treatment Teams.

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:

| | | |
|---|---|---|
| | Reason for Visit | Scheduled Length: |
| Date: | Time: | Staff: | CM Contact | 0.25 |
| 09/15/2006 | 11:01 | Schneider, Psy.D. | | Current Diagnosis: 309.28 |
| Housing: | FBB5T1000000134U | Release Date: | | |

Housing: 141B

CONTACT: ☒ Case Manager    IDTT    Psychiatrist    Individual    Other

Completed? Yes / No  ☒ Out of Cell  Cell Front  Reason not Completed

REFERRED BY ☒ MH  Custody  Medical  Emergency  I/M Request  Other

**Subjective:**

"I'm doing pretty well" working"  ∅41
" my meds are working"  ∅51

mood - (stable) - WNL
"I have about 3 depressive episodes
(1/a day) ~~a~~ a month"
MS
9/15/00

**Objective:**

Appetite > WNL    ∅AH  ∅VH
sleep                ⊖ paranoia
                     ③ anxiety
Pt neat, clean, alert, attentive, + cooperative
0x4! MOOD WNL

**Assessment:**

Ⓐ Adjustment D/O    GAF: 66

**Plan:** CM contact ——

**Education:** Coping

Schneider Psy

Follow up:

| | LEVEL OF | Last Name: | First Name: |
|---|---|---|---|
| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | CARE: | KASTLE | CHAD |
| MH-3 [3/21/96] | CCCMS | | |
| Confidential Client/Patient Information Sec. W.I. Code Section 5328 | | CDC # P86598 | DOB 09/11/1975 |

RCD'D SEP 2 0 200?

State of California, Department of Corrections: N / C / S Region, Service Area = F, Institution SVSP

Today Date: 9 / 20 / 06    Add a Page

☐ Re-justify, _____ weeks

## TREATMENT PLAN PART TWO:  PROBLEM → #

☐ Initial Treatment Plan    ☐ Update because _____

Possible Completion Date:
Next Review Date : 10/20/06

when not stable

| Prob. | Describe Problem: Depressed Mood |
|---|---|
| ⑨ | **Target Behavior(s):**<br>1. I/M reports his mood is sad, dejected, joyless.<br>2. Complains of initial/middle/terminal insomnia, anorexia, fatigue, decreased sex drive.<br>3. I/M or C. Os. report a pattern of social isolation, breakdown in relationships.<br>4. I/M's verbalizations indicate increased guilt, low self-esteem or self-criticism.<br>5. I/M's verbalizations reveal negative cognitive schemas about future, here-and-now, self. |

**Treatment Goals:**
1. I/M reports remission of depressed mood, return to premorbid level of functioning.
2. I/M's verbalizations reveal development of positive responses to negative cognitive schema.
3. I/M or C. Os. report incidents indicating development of positive relationship building skills.
4. I/M or C. Os. report incidents indicating resolution of physical symptoms of depression.

| Date | Interventions: | Frequency and Duration: | Goal |
|---|---|---|---|
| 9/20/06 | **Psychiatry**<br>1. Provide inmate psychopharmacology services.<br>2. Monitor inmate's psychopharmacology experience for therapeutic and adverse effects.<br>3. Educate inmate in the role of psychopharmacology in the treatment of their severe and persistent mental illness.<br>4. Consultation and training with the inmate's case manager. | ~~At least once per month.~~<br><br>Every 90 days or prn. | |
| | **Case Management**<br>1. Help inmate identify triggers to episodes of depression.<br>2. Help inmate identify and modify negative cognitive schema that prolong depression.<br>3. Help inmate rebuild positive relationships.<br>4. Help inmate initiate and maintain ongoing physical activity program.<br>5. Practice appropriate and constructive communication of moods. | ~~Out of cell CM contact at least once per week.~~<br><br>Every 90 days or prn. | I/M will attend >80% of his scheduled CM interviews. |
| | **Group Therapy**<br><br>Refuses | 8 offered weekly group sessions.<br><br>~~Not applicable in this setting.~~ | I/M will attend >80% of his scheduled therapeutic activities. |

| Date | Progress Toward Therapeutic Objectives Since Last IDTT |
|---|---|
| 9/20/06 | Pt has been stable on meds. Ongoing stability is primary goal |

| MENTAL HEALTH TREATMENT PLANS, UPDATES, REJUSTIFICATION MH 2 [26 March 2001]<br>Part One: General, Team, MSE Diagnosis, Problems, Inmate Strengths<br>Part Two: Problem Pages -- Results<br>Use Insert-a-Page of MH 1<br>Confidential Client/Patient Information<br>See W & I Code, Section 5328 | LEVEL OF CARE<br><br>CCCMS<br>ASU | Last Name, First Name:<br><br>Kastle, Chad<br><br>DOB: _____     CDC #:<br><br>P86598- |

State of California, Department of Correction     JP

All Staff, Clinicians & Treatment Teams

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES

| Date/Time | |
|---|---|
| 12.28.06 1115 | S) Patient saw psychiatrist today and had meds renewed and is scheduled for f/u in 14 days. Patient reports increased mental health issues including: depression, racing thoughts and preoccupations, and fears about negative thinking. Patient concerned that thoughts make him "a bad person", although was able to reality test in terms of thoughts and intent (or actions) being different. Patient clearly states that he doesn't want to or plan to act out his negative and, at times, violent thoughts, but is disturbed by their presence and disturbed by the fact that he enjoys thinking about violent things at times. Patient discussed personal history and events in his life. Patient discussed medical medication he is taking. Patient denies homicidal ideation, intent, or plan. Patient denies suicidal ideation, intent or plan.

O) Patient alert, attentive, cooperative and oriented times 4. Patient able to communicate effectively. Patient neat, clean and well groomed. Mood – fair. No evidence of psychosis. Good eye contact. Appropriate affect.
A) Diagnosis: Depression NOS
    GAF: 63
Tx progress: Patient experiencing increased symptoms of depression, but has asked for assistance is utilizing available coping skills.
P) Case management Contact, as needed or every 90 days.
Begin personal growth exploration.
Medication management, through psychiatry.
E) Coping with holiday stresses. Coping with increased symptoms.
                M. Schneider, Psy.D., Staff Psychologist |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [3/21/96] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE Inpatient Outpatient | Name Kastle, Chad CDC # P86598  age 31 |
|---|---|---|

RECD JAN 1 9 2007

State of California. Department of Corrections – SVSP

All Staff, Clinicians & Treatment Teams

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES

| Date/Time | |
|---|---|
| 1.12.07 1200 | **Case Management** |

T) Patient discussed previous therapy appointment and discussed feelings that arose from sharing during the session. Patient states he is staying busy and trying to stay positive. Patient denies AH/VH. Patient denies suicidal ideation, intent or plan. Patient denies homicidal ideation, intent, or plan.

Q) Patient neat, clean, and dressed appropriately. Alert, attentive, and cooperative. O X 4. Able to communicate effectively.

A) Depression NOS
     GAF = 64
Treatment progress: Patient is utilizing the coping skills necessary to function adequately at CCCMS level of care. Patient reports medication compliance.

B) CM contact, as needed. Medication Management through psychiatry.

M. Schneider, Psy.D., Staff Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [3/21/96] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE | NAME: Kastle, Chad |
|---|---|---|
| | Inpatient | P86598 |
| | Outpatient | |

REC'D JAN 2 9 2007

State of California, Department of Co_____ is – SVSP

All Staff, Clinicians & Treatment Teams

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES

Case Management Session

| Date/Time | |
|---|---|
| 2-1-07 1230 | S) Patient discussed: Coping Skills ○ functioning during lockdown |

Patient reports the following symptoms: improved mood.

Sleep appetite ⟩ WNL    Ø SI  Ø HI
                          Ø AH  Ø VH

Patient reports medication compliance?  (Yes)  No

Medication issues: No

Patient denies suicidal ideation, intent or plan ☑

Patient denies homicidal ideation, intent or plan ☑

O) Patient alert, attentive and Oriented X 4 ☑

Neat, clean and dressed in appropriate attire ☑

Affect: (WNL) Blunted    Flat    Incongruent
Mood: (WNL) Depressed    Elated    Irritable    Anxious    Labile
Evidence of responding to Auditory or Visual Hallucinations :  Yes  (No)
Evidence of paranoia:    Yes (No)

A) Diagnosis: Depression NOS

GAF: 64

Treatment progress: Patient utilizing coping skills to adequately function

At the CCCMS level of care.  improved coping

P) Case Management, as needed or every 90 days.  Medication
Management, as needed.  Next IDTT: 10/11/07 8
Medication Referral:  Yes  (No)
E) Coping Skills

M. Schneider, Psy.D., Staff Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [3/21/96] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE CCCMS Level 3 Outpatient | Name Kastle, Chad P 86598 |
|---|---|---|

State of California, Department of Correct                    All Staff, Clinicians & Treatment Teams

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:

| Date/Time | Case Management Session |
|---|---|
| 5.10.07 | S) Patient discussed: Stability, getting along |
| 1135 | well with others. No current issues. |

Patient reports the following symptoms: Denies SI/HI

Denies AH/VH   sleep & appetite WNL.

Øparanoia   mood — stable

Patient reports medication compliance?  (Yes)  No

Medication issues: Ø

Patient denies suicidal ideation, intent or plan  ⊠

Patient denies homicidal ideation, intent or plan  ⊠

O)  Patient alert, attentive and Oriented X 4  ☑

Neat, clean and dressed in appropriate attire  ☑

Affect: (WNL) Blunted  Flat  Incongruent  Sullen  Congruent to mood
Mood: (WNL) Depressed  Elated  Irritable  Anxious  Labile

Evidence of responding to Auditory or Visual Hallucinations :  Yes  (No)
Evidence of paranoia:  Yes  (No)

A)  Diagnosis: Depressive Disorder NOS

GAF: 63

Treatment progress: Patient utilizing coping skills to adequately function
at the CCCMS level of care. Interacting w/ others - med compliant.

P)  Case Management, as needed or every 90 days.  Medication Management, as
needed.  Next IDTT: 9.20.2007
Medication Referral:  Yes  (No)
E)  Coping Skills                    M. Schneider, Psy.D. Staff Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Name KASTLE, CHAD |
|---|---|---|
| MH 3 [3/21/96] | CCCMS Level 3 Outpatient | P86598 |
| Confidential Client/Patient Information See W & I Code, Section 5328 | | 9.11.75 |

REC'D MAY 22 2007

# E X H I B I T   ( E )

**Ex. Page No.**

1.  Physician's Orders (Form CDC-7221) taken at Wasco State Prison/Reception Center, dated July 19, 2000

2.  Physician's Orders (Form CDC-7221) taken at California Substance Abuse and Treatment Facility/State Prison, dated April 21, 2001

3.  Physician's Orders (Form CDC-7221) taken at Corcoran State Prison, dated November 14, 2001

4.  Physician's Orders (Form CDC-7221) taken at Salinas Valley State Prison, dated May 25, 2004

5.  Physician's Orders (Form CDC-7221) taken at Salinas Valley State Prison, dated May 15, 2007

//kastle on Habeas corpus//

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| | | | PLACE IN HEAT SENSITIVE BUILDING, PSYCHIATRIC EVALUATION IN 24 TO 36 HRS |
| | | 1 | ATARAX          5 mg/po  B I D    X 30 d |
| | | 2 | BENADRYL          mg/po          X 30 d |
| | | 3 | BUSPAR            mg/po          X 30 d |
| | | 4 | COGENTIN          mg/po          X 30 d |
| | | 5 | DEPAKOTE          mg/po          X 30 d |
| | | 6 | HALDOL            mg/po          X 30 d |
| | | 7 | LITHIUM CARB OR CITR.   mg/po     X 30 d |
| | | 8 | NAVANE            mg/po          X 30 d |
| | | 9 | PROLIXIN          mg/po          X 30 d |
| | | 10 | PAXIL          40 mg/po  Q AM   X 30 d |
| | | 11 | PROZAC            mg/po          X 30 d |
| | | 12 | RISPERDAL         mg/po          X 30 d |
| | | 13 | STELAZINE         mg/po          X 30 d |
| | | 14 | THORAZINE         mg/po          X 30 d |
| | | 15 | TRAZODONE         mg/po          X 30 d |
| | | 16 | ZOLOFT            mg/po          X 30 d |
| | | 17 | ZYPREXA       10 mg/po  QHS    X 30 d   DNGIVEN |
| | | 18 | MELLARIL          mg/po          X 30 d |

telephone order De Nyppe E v h ppd

NVed  E v h ppd M00.

| ALLERGIES: | INSTITUTION | ROOM/WING |
|---|---|---|
| NCl    N | WSP/RC EVA VON HIPPEL REGISTERED NURSE | B3 131U. |

Confidential
client information
See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Kastle, Cl.

P 86598

**PHYSICIAN'S ORDERS**

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 4/21/01 | 1130 | | ⌐ Paxil 50 mg po q AM  × 90 dys |
| | | | ⌐ Tegretol 300 mg po BID × 90 dys |
| | | | ⌐ Buspar 5 mg po BID × 90 dys |
| | | | ⌐ Zyprexa 12.5 mg po qhs × 90 dys |
| | | | EMMANUEL J. FANTONE. MD |
| 4-21-01 | 1135 | | noted ⊂ Shaw mta |

ALLERGIES:

INSTITUTION: C.SATF/SP

ROOM/WING: C4 180L

CDC NUMBER, NAME (LAST, FIRST, MI)
KASTLE Chad
P86598

Confidential client information See W & J Code, Sections 4514 and 5328

PHYSICIAN'S ORDERS

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| | | | New Arrival |
| 11/4/01 | 1530 | ① | Paxil 50mg PO qam |
| | | ② | Zyprexa 20mg PO qhs |
| | | ③ | Clonidine 0.2mg PO qhs |
| | | ④ | Colace 250mg PO qhs |
| | | ⑤ | Benadryl 100mg PO qhs |
| | | ⑥ | Tylenol 650mg PO qid prn |
| | | ⑦ | Psych referral — Sent |

X 30 days

noted Dr Bruce
11/4/01 1630

ALLERGIES: Vicoden

INSTITUTION: CSP- Corcoran

ROOM/WING:

CDC NUMBER, NAME (LAST, FIRST, MI)

Kastle
P-86598

Confidential
client information
See W & I Code, Sections 4514 and 5328

PHYSICIAN'S ORDERS

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 5/25/04 | 1125 | | ① D/C y Meds |
| | | | ② Paxil 50 mg PO q AM x NA |
| | | | ③ Sequel 400 mg PO q AM x NA |
| | | | ④ Depakote 500 mg PO bid NA |
| | | | ⑤ Serum Valproate |
| | | | ① H. MD |
| | | | D. Hoban, MD |
| | | | noted 5/25/04 |
| | | | 1155 C. Turner RN |

ALERGIES:

INSTITUTION

ROOM/WING D 4-111

CDC NUMBER, NAME (LAST, FIRST, MI)

Kastle, Chad
P86598
DOB- 9/11/75

Confidential
client information
See W & I Code, Sections 4514 and
5328

PHYSICIAN'S ORDERS

IF PHYSICIAN'S ORDER FOR MEDIC
TO PHARMACY AFTER LAST ORDER IS SIGNED
Physician's Order and Medication
Each line to save when done signed

USE ONE PHYSICIAN FOR EACH LINE

Paxil 50 mg po qd x 90 days

Gregory

5-15-07  11:15

5-15-07 @ 12:30 noted Chere Strada LPT

| ALLERGIES: | INSTITUTION | ROOM/WING |
|---|---|---|
| | SVSP | |

Confidential
Client Information
See W & I Code Sections 4514 and
5328

PHYSICIAN'S ORDERS

Kastle, Chad
CDC P86598

DOB  09/11/1975

E X H I B I T   ( F )

Ex. Page No.

1. Physician's Orders (Form CDC-7221) by Dr. Eva MD, dated September 12, 2006

2. Psychiatric Medications Consent Statement by Petitioner, dated September 12, 2006

3. Physician's Orders (Form CDC-7221) by Dr. Eva MD, dated October 10, 2006

4. Psychiatric Medications Consent Statement by Petitioner, dated October 10, 2006

5. Physicians's Orders (Form CDC-7221) by Dr. Eva MD, dated December 28, 2006

6. Psychiatric Medications Consent Statement by Petitioner, dated December 28, 2006

7. Physician's Orders (Form CDC-7221) by Dr. Eva MD, dated January 25, 2007

8. Psychiatric Medications Consnet Statement by Petitioner, dated January 25, 2007

9. Physician's Orders (Form CDC-7221) by Dr. Eva MD, March 05, 2007

10. Psychiatric Medications Consent Statement by Petitioner, dated March 05, 2007

11. CDC-7280 (Form) Statement of Informed Consent, dated May 31, 2003 as (Sample)

//kastle on habeas corpus//

- 29 -

NOTE: SE.  COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Order must be dated, timed and signed.) |
|---|---|---|---|
| 09/12/06 | 11:30 AM | 1 | D/C ALL PREVIOUS PSYCH MEDS |
| | | | RTC in 30 d. |
| | | | Por.l 30mg PO qAm x90d.            EVA,? |
| | | | NOTED 9/12/06 @1200 by Rpecor, Pr |

| ALLERGIES: | INSTITUTION  SVSP | ROOM/WING  FBB5T1000000134U |
|---|---|---|

Confidential
client information
See W & I code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

KASTLE, CHAD

P86598

09/11/1975

CDC  7221  (2/00)
STATE OF CALIFORNIA    OSP  00    35617  DEPARTMENT OF CORRECTIONS

California Department of Corrections

Salinas Valley State Prison

## Psychiatric Medications Statement of Informed Consent

My physician, _EVA_ MD, has met with me and discussed my mental problems. The Doctor has recommended that I take the following medication and has discussed the reasons why these medications may be helpful, including the likelihood of my improving or not improving with medications or without. I understand that the medication(s) is usually given by mouth and may be given dependent on the staff's assessment of my behavioral problems and my response to the response to the medication. The length of time that medication will be prescribed for me is dependent on my response to the medication(s). The physician has provided me a "best estimate" of this treatment time. As with any medication, there may be side effects. I understand that I am to inform the staff if I have side effects. Some side effects can be reduced by lowering the dose of medication, using another medication or adding another prescribed medication. I understand that ALL possible side effects can neither be predicted nor are listed below.

I acknowledge that side effects circled and listed above my prescribed medication(s) were discussed with me.

| ANTI-PSYCHOTICS | ANTIDEPRESSANTS | MOOD-STABILIZERS | OTHER MEDICATIONS |
|---|---|---|---|
| Heat Risk (Hyperthermia) | Nausea, Diarrhea | Nausea, Diarrhea | Nausea, Constipation |
| Lightheadedness, Headache | Sedation, Headache | Sedation, Headache | Dizziness, Fatigue |
| Rhinitis, Increased heart rate | Constipation, Heartburn | Constipation, Heartburn | Heartburn, GI problems |
| Weight gain, Drooling | Blurred Vision, Eye Pain | Weight Gain | Blurred Vision, Eye Pain |
| Dry Mouth, Blurry vision | Weight Gain | Insomnia, Drowsiness | Drowsiness |
| Trouble urinating | Increased Heart Rate | Slowed Reflexes | Sedation, Headache |
| Drowsiness, Restlessness | Trouble Urinating | Skin Rash, Tremor | Thirst, Dry Mouth |
| Muscle Stiffness, Tremor | Drowsiness, Insomnia | Akathisia (explained) | Increased Heart rate |
| Dystonia (explained to me). | Akathisia (explained) | Very rarely, severe rash | Light Headedness |
| Akathisia (explained to me) | Mania, psychosis | Avoid alcohol &street drugs | Skin Rash, Tremor |
| Decreased Libido | Sexual Dysfunction | LIVER DAMAGE | Avoid alcohol & street drugs |
| Sun Sensitivity | Very Rarely, Rash | Hair loss, Alopecia | Priapism (explained) |
| Movement Disorder | Avoid alcohol & street drugs | Kidney Damage & Failure | Heat Risk (Hyperthermia) |
| Ejaculatory Disturbance | Heat risk (Hyperthermia) | Heat risk (Hyperthermia) | |
| Increased risk of seizures | Very rarely Seizures | Diabetes Insipidus | |
| Rarely High Fever | | Thyroid Damage | |
| Rarely a very severe rash | | Sun Sensitivity | |
| Avoid Alcohol & Street Drugs | | "Fuzzy Thinking" | |
| Potential Blindness | | Dry Mouth, Thirst | |
| Skin changes, Pigmentation | | Psoriasis, Acne | |
| Agranulocytosis (explained) | | HEPATITIS | |
| Cataracts | | Agranulocytosis (explained) | |
| | | Bone marrow damage | |
| Maximum | Maximum _Per √_ | Maximum | Maximum |
| Daily dose     mg/qd/1 year | Daily dose  _30 mg_  mg/qd/1 year | Daily dose     mg/qd/1 year | Daily dose     mg qd/1 year |

I have been told that the medication may produce persistent involuntary movement of the face or mouth and at times similar movement of the hands and feet. This condition is called Tardive Dyskinesia and in certain cases these symptoms appear to be irreversible and may even appear after the medication has been stopped.

I understand that I may change my decision to accept medication at any time by telling any member of the treatment team. Should I decide to stop and/or decrease my psychiatric medication, I have been informed to do this under the guidance of staff and not to stop medication suddenly. I am aware that this CONSENT copy will be in my Health Record. I have been given a copy of the CONSENT for my own records.

I have been on the medication in the past and I agree to continue taking it.

I AGREE TO ALL THE ABOVE PRESCRIBED MEDICATION _____ (Inmate/Patient Signature)

PRESCRIBED FOR CDC #: _P86598_     LAST NAME & FIRST NAME  _Kastle, Chad_

Consent Date:  _9/12/0_

NOTE: SEN. ___ PY OF PHYSICIAN'S ORDER FOR ME___ ___TION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

Physician's Order and Medication
(Order must be dated, timed and signed.)

| Order Date | Time | Problem # | Physician's Order and Medication |
|---|---|---|---|
| 10/10/06 | 12:55p | 1 | D/C ALL PREVIOUS PSYCH MEDS |
| | | | lisil 40 g PO qAM x 90 d (Consent signed) |
| | | | RTC in 14 d. |
| | | | E IA P |
| 10/11/06 | B45 | | Noted E. CAHALAN PT |

ALLERGIES:

INSTITUTION    SVSP

ROOM/WING    FBB5T1000000134U

KASTLE, CHAD

P86598

Confidential
client information
See W & I code, Sections 4514 and
5328

PHYSICIAN'S ORDERS

CDC   7221  (2/00)
STATE OF CALIFORNIA    OSP  00    35617  DEPARTMENT OF CORRECTIONS

*Indiana Department of Correction*

## Psychiatric Medications Statement of Informed Consent

*Indiana State Prison* 

My psychiatrist, _____ Q EVA _____ MD, has met with me and discussed my mental problems. The Doctor has recommended that I take the following medications and has discussed the reasons why these medications so may be helpful, including the likelihood of my improving or not improving with medications or without. I understand that the medication(s) is usually given by mouth and may be given dependent on the staff's assessment of my behavioral problems and/or reports/response to the medication. The length of time that medication will be prescribed for me is dependent on my response to the medication(s). The physician has provided me a "best estimate" of the treatment time. As with any medication there may be side effects. I understand that I am to inform the staff if I have side effects. Some side effects can be reduced by lowering the dose of medication, using another medication or adding another medication. I understand that ALL possible side effects can neither be predicted nor are listed below.

I acknowledge that side effects circled and listed above my prescribed medications were discussed with me.

| ANTI-PSYCHOTICS | ANTIDEPRESSANTS | MOOD-STABILIZERS | OTHER MEDICATIONS |
|---|---|---|---|
| Heat Rash (Hyperthermia) | Nausea, Diarrhea | Nausea, Diarrhea | Nausea, Constipation |
| Lightheadedness, Headache | Sedation, Headache | Sedation, Headache | Dizziness, Fatigue |
| Rhinitis, increased heart rate | Constipation, Heartburn | Constipation, Heartburn | Heartburn, GI problem |
| Weight gain, Drooling | Blurred Vision, Eye Pain | Weight Gain | Blurred Vision, Eye Pain |
| Dry Mouth, Blurry vision | Weight Gain | Insomnia, Drowsiness | Drowsiness |
| Trouble urinating | Increased Heart Rate | Slowed Reflexes | Sedation, Headache |
| Drowsiness, Restlessness | Trouble Urinating | Skin Rash, Tremor | Thirst, Dry Mouth |
| Muscle Stiffness, Tremor | Drowsiness, Insomnia | Akathisia (explained) | Increased Heart rate |
| Dystonia (explained to me) | Akathisia (explained) | Very rarely, severe rash | Light Headedness |
| Akathisia (explained to me) | Mania, psychosis | Avoid alcohol &street drugs | Skin Rash, Tremor |
| Decreased Libido | Sexual Dysfunction | LIVER DAMAGE | Avoid alcohol & street drugs |
| Sun Sensitivity | Very Rarely, Rash | Hair loss, Alopecia | Priapism (explained) |
| Movement Disorder | Avoid alcohol & street drugs | Kidney Damage & Failure | Heat Rash (Hyperthermia) |
| Ejaculatory Disturbance | Heat risk (Hyperthermia) | Heat risk (Hyperthermia) | |
| increased risk of seizures | Very rarely Seizures | Diabetes Insipidus | |
| Rarely High Fever | | Thyroid Damage | |
| Rarely a very severe rash | | Sun Sensitivity | |
| Avoid Alcohol & Street Drugs | | "Fuzzy Thinking" | |
| Potential Blindness | | Dry Mouth, Thirst | |
| Skin changes, Pigmentation | | Psoriasis, Acne | |
| Agranulocytosis (explained) | | HEPATITIS | |
| Cataracts | | Agranulocytosis (explained) | |
| | | Bone marrow damage | |

| Maximum Daily dose _____ mg/qd/1 year | Maximum Daily dose _____ mg/qd/1 year | Maximum Daily dose _____ mg/qd/1 year | Maximum Daily dose _____ mg/qd/ _____ |

I have been told that the medication may produce persistent involuntary movement, of the face of mouth and at times may be noticeable of the trunk and feet. This condition is called Tardive Dyskinesia and in certain cases these symptoms appear to be irreversible and may even appear after the medication has been stopped.

I understand that I may change my decision to accept medication at any time to tell any member of the treatment team. Should I consider to stop or decrease my psychiatric medication I have been advised to do so under the guidance of staff and not to stop medication suddenly.

I am aware that this is a ONGOING consent will be in my Health Record. I have been given a copy of this CONSENT for my own records.

I have been on this medication in the past and agree to continue taking it.

I AGREE TO TAKE THIS MEDICATION in its present indications and actions.    X _Clapton_    P865-98

PRESCRIBER: _____ P865-98    Patient's Printed Name: _Kastle, Chad E._    Consent Date: _10/00/06_

NOTE: SEN     Y OF PHYSICIAN'S ORDER FOR ML..   TION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Order must be dated, timed and signed.) |
|---|---|---|---|
| | | 1 | D/C ALL PREVIOUS PSYCH MEDS |
| | | | ~~End~~ |
| 12/28/06 | 11:10 | | RTC 14 d |
| | | | Eun, P. |
| 12/28/06 | @ 1330 | | NOTED E. CATALAN, LPT |

ALLERGIES:

INSTITUTION  SVSP

ROOM/WING  FBB5T1000000134U

Confidential
client information
See W & I code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

KASTLE, CHAD

P86598

09/11/1975

CDC  7221  (2/00)
STATE OF CALIFORNIA    OSP  00    35617  DEPARTMENT OF CORRECTIONS

California Department of C_____ts.

Salinas Valley State Prison



# Psychiatric Medications Statement of Informed Consent

My physician, _E J A_ , MD, has met with me and discussed my mental problems. The Doctor has recommended that I take the following medication and has discussed the reasons why these medication(s) may be helpful, including the likelihood of my improving or not improving with medication(s) or without. I understand that the medication(s) is usually given by mouth and may be given, dependent on the staff's assessment of my behavioral problems and my reported response to the medication. The length of time that medication will be prescribed for me is dependent on my response to the medication(s). The physician has provided me a "best estimate" of this treatment time. As with any medication, there may be side effects. I understand that I am to inform the staff if I have side effects. Some side effects can be reduced by lowering the dose of medication, using another medication or adding another medication. I understand that ALL possible side effects can neither be predicted nor are listed below.

I acknowledge that side effects circled and listed above my prescribed medication(s) were discussed with me.

| ANTI-PSYCHOTICS | ANTIDEPRESSANTS | MOOD-STABILIZERS | OTHER MEDICATIONS |
|---|---|---|---|
| Heat Risk (Hyperthermia) | Nausea, Diarrhea | Nausea, Diarrhea | Nausea, Constipation |
| Lightheadedness. Headache | Sedation, Headache | Sedation, Headache | Dizziness, Fatigue |
| Rhinitis, Increased heart rate | Constipation, Heartburn | Constipation, Heartburn | Heartburn, GI problems |
| Weight gain, Drooling | Blurred Vision, Eye Pain | Weight Gain | Blurred Vision, Eye Pain |
| Dry Mouth, Blurry vision | Weight Gain | Insomnia, Drowsiness | Drowsiness |
| Trouble urinating | Increased Heart Rate | Slowed Reflexes | Sedation, Headaches |
| Drowsiness, Restlessness | Trouble Urinating | Skin Rash, Tremor | Thirst, Dry Mouth |
| Muscle Stiffness, Tremor | Drowsiness, Insomnia | Akathisia (explained) | Increased Heart rate |
| Dystonia (explained to me) | Akathisia (explained) | Very rarely, severe rash | Light Headedness |
| Akathisia (explained to me) | Mania, psychosis | Avoid alcohol &street drugs | Skin Rash, Tremor |
| Decreased Libido | Sexual Dysfunction | LIVER DAMAGE | Avoid alcohol & street drugs |
| Sun Sensitivity | Very Rarely, Rash | Hair loss, Alopecia | Priapism (explained) |
| Movement Disorder | Avoid alcohol & street drugs | Kidney Damage & Failure | Heat Risk (Hyperthermia) |
| Ejaculatory Disturbance | Heat risk (Hyperthermia) | Heat risk (Hyperthermia) | |
| Increased risk of seizures | Very rarely Seizures | Diabetes Insipidus | |
| Rarely High Fever | | Thyroid Damage | |
| Rarely a very severe rash | | Sun Sensitivity | |
| Avoid Alcohol & Street Drugs | | "Fuzzy Thinking" | |
| Potential Blindness | | Dry Mouth, Thirst | |
| Skin changes, Pigmentation | | Psoriasis, Acne | |
| Agranulocytosis (explained) | | HEPATITIS | |
| Cataracts | | Agranulocytosis (explained) | |
| | | Bone marrow damage | |
| | _Pax P40_ | | |
| Maximum Daily dose ___ mg/qd/1 year | Maximum Daily dose _60_ mg/qd/1 year | Maximum Daily dose ___ mg/qd/1 year | Maximum Daily dose ___ mg/qd/1 year |

I have been told that this medication may produce persistent involuntary movements of the face or mouth and at times similar movements of the hands and feet. This condition is called TardiveDyskinesia and in certain cases these symptoms appear to be irreversible and may even appear after the medication has been stopped.

I understand that I may change my decision to accept medication at any time by telling any member of the treatment team. Should I decide to stop or decrease my psychiatric medication, I have been informed to do this under the guidance of staff and not to stop medication suddenly.

I am aware that this CONSENT copy will be in my Health Record. I have been given a copy of this CONSENT for my own records.

I have been on this medication in the past and I agree to continue taking it.

I AGREE TO TAKE THE ABOVE PRESCRIBED MEDICATION X _____ (Inmate/Patient Signature)

PRESCRIBED FOR CDC NO. _P86598_    LAST NAME & FIRST NAME _Kosten, Cleo_

Consent Date: _12/28/06_

NOTE: S~~~ OF PHYSICIAN'S ORDER FOR
T~ r~ ~MACY AFTER EACH ORDER IS SIGN~

Physician's Order and Medication
(Order must be dated, timed and signed.)

| Order Date | Time | Problem # | |
|---|---|---|---|
| 1/25/08 | | 1 | D/C ALL PREVIOUS PSYCH MEDS |
| | | | Paxil 40 mg PO qam x 90d |
| | | | CTC 14d |
| | | | (verbal read sged) |
| | | | US/CC1-25-07 1538 M Hall |

ALLERGIES:

INSTITUTION    SVSP

ROOM/WING    FBB5T1000000134U

Confidential
client information
See W & I code. Sections 4514 and
5328

KASTLE, CHAD

P86598

09/11/1975

PHYSICIAN'S ORDERS

CDC  7221  (2/00)
STATE OF CALIFORNIA    OSP  00    35617  DEPARTMENT OF CORRECTIONS

California Department of Co_____

Salinas Valley State Prison

## Psychiatric Medications Statement of Informed Consent



My physician, *E A*, MD, has met with me and discussed my mental problems. The Doctor has recommended that I take the following medication and has discussed the reasons why these medication(s) may be helpful, including the likelihood of my improving or not improving with medication(s) or without. I understand that the medication(s) is usually given by mouth and may be given, dependent on the staff's assessment of my behavioral problems and my reported response to the medication. The length of time that medication will be prescribed for me is dependent on my response to the medication(s). The physician has provided me a "best estimate" of this treatment time. As with any medication, there may be side effects. I understand that I am to inform the staff if I have side effects. Some side effects can be reduced by lowering the dose of medication, using another medication or adding another medication. I understand that ALL possible side effects can neither be predicted nor are listed below.

I acknowledge that side effects circled and listed above my prescribed medication(s) were discussed with me.

| ANTI-PSYCHOTICS | ANTIDEPRESSANTS | MOOD-STABILIZERS | OTHER MEDICATIONS |
|---|---|---|---|
| Heat Risk (Hyperthermia) | Nausea, Diarrhea | Nausea, Diarrhea | Nausea, Constipation |
| Lightheadedness Headache | Sedation, Headache | Sedation, Headache | Dizziness, Fatigue |
| Rhinitis, Increased heart rate | Constipation, Heartburn | Constipation, Heartburn | Heartburn, GI problems |
| Weight gain, Drooling | Blurred Vision, Eye Pain | Weight Gain | Blurred Vision, Eye Pain |
| Dry Mouth, Blurry vision | Weight Gain | Insomnia, Drowsiness | Drowsiness |
| Trouble urinating | Increased Heart Rate | Slowed Reflexes | Sedation, Headaches |
| Drowsiness, Restlessness | Trouble Urinating | Skin Rash, Tremor | Thirst, Dry Mouth |
| Muscle Stiffness, Tremor | Drowsiness, Insomnia | Akathisia (explained) | Increased Heart rate |
| Dystonia (explained to me) | Akathisia (explained) | Very rarely, severe rash | Light Headedness |
| Akathisia (explained to me) | Mania, psychosis | Avoid alcohol &street drugs | Skin Rash, Tremor |
| Decreased Libido | Sexual Dysfunction | LIVER DAMAGE | Avoid alcohol & street drugs |
| Sun Sensitivity | Very Rarely, Rash | Hair loss, Alopecia | Priapism (explained) |
| Movement Disorder | Avoid alcohol & street drugs | Kidney Damage & Failure | Heat Risk (Hyperthermia) |
| Ejaculatory Disturbance | Heat risk (Hyperthermia) | Heat risk (Hyperthermia) | |
| Increased risk of seizures | Very rarely Seizures | Diabetes Insipidus | |
| Rarely High Fever | | Thyroid Damage | |
| Rarely a very severe rash | | Sun Sensitivity | |
| Avoid Alcohol & Street Drugs | | "Fuzzy Thinking" | |
| Potential Blindness | | Dry Mouth, Thirst | |
| Skin changes, Pigmentation | | Psoriasis, Acne | |
| Agranulocytosis (explained) | | HEPATITIS | |
| Cataracts | | Agranulocytosis (explained) | |
| | | Bone marrow damage | |
| | | | |
| | *Pax.l 40 yAM* | | |
| Maximum Daily dose    mg/qd/1 year | Maximum Daily dose *60*  mg/qd/1 year | Maximum Daily dose   mg/qd/1 year | Maximum Daily dose   mg/qd/1 yea_ |

I have been told that this medication may produce persistent involuntary movements of the face or mouth and at times similar movements of the hands and feet. This condition is called TardiveDyskinesia and in certain cases these symptoms appear to be irreversible and may even appear after the medication has been stopped.

I understand that I may change my decision to accept medication at any time by telling any member of the treatment team. Should I decide to stop or decrease my psychiatric medication, I have been informed to do this under the guidance of staff and not to stop medication suddenly.

I am aware that this CONSENT copy will be in my Health Record. I have been given a copy of this CONSENT for my own records.

I have been on this medication in the past and I agree to continue taking it.

I AGREE TO TAKE THE ABOVE PRESCRIBED MEDICATION _____
(Inmate/Patient Signature)

PRESCRIBED FOR CDC NO. *P 86598*    LAST NAME & FIRST NAME: *Kes R___, CC___*

Consent Date: _____

NOTI... ...OPY OF PHYSICIAN'S ORDER FOR M... ...CATION
...O PHARMACY AFTER EACH ORDER IS SIGNED.

Physician's Order and Medication
(Order must be dated, timed and signed.)

| Order Date | Time | Problem # | |
|---|---|---|---|
| | | 1 | D/C ALL PREVIOUS PSYCH MEDS   *QAM* |
| 3/5/07 | | | *Paxil 40mg PO QAM x 90d* |
| | | | *RTC 90.* |
| | | | *(consents signed                    EVA* |
| | | | *Ams = 0    [FT noted)* |
| | | | |
| | | | *Noted 3-5-07        ...* |

| ALLERGIES: | | INSTITUTION | SVSP | ROOM/WING FBB5T1000000134U |
|---|---|---|---|---|

KASTLE, CHAD

P86598

Confidential
client information
See W & I code, Sections 4514 and
5328

PHYSICIAN'S ORDERS

CDC  7221  (2/00)    OSP  00    35617   DEPARTMENT OF CORRECTIONS
STATE OF CALIFORNIA

Pelican Valley State Prison - Health Care Services

California Department of Corrections

# PSYCHIATRIC MEDICATION STATEMENT OF INFORMED CONSENT

My physician, _____ MD, has met with me and discussed my mental problems. The physician has recommended that I take the following medication(s) and has discussed the reasons why the medication(s) may be helpful, including the likelihood of my improving or not improving with the medication(s) or without. I understand that the medication(s) is usually given by mouth dependent on the staff's assessment of my behavioral problems, and my reported response to the medication. The length of time that medication will be prescribed for me is dependent on my response to the medications. (s) The physician has provided me a "best estimate" of this treatment time. As with any medication, there may be side effects. I understand that I am to inform the staff if I have side effects. Some side effects can be reduced by lowering the dose of medication, using another medication, or adding another medication. I understand that ALL possible side effects can neither be predicted nor are listed below. I acknowledge that the side effects carded, and listed above my prescribed medication(s) were discussed with me.

| ANTIPSYCHOTICS | ANTIDEPRESSANTS | MOOD STABILIZERS | OTHER MEDICATIONS |
|---|---|---|---|
| Restlessness/Anxiety | Restlessness/Anxiety | Restlessness/Anxiety | Blurred vision |
| Abnormal muscle contractions | Tremor | Tremor | Tremor |
| Tremor | Mania | Slowed reflexes | Dizziness |
| Movement disorder | Psychosis | Blurred vision | Thirst |
| Muscle stiffness | Blurred vision | Dry mouth | Dry mouth |
| Blurry vision | Sexual dysfunction | Thirst | Eye pain |
| Decreased sex drive | Dry mouth | Constipation/Diarrhea | Fatigue |
| Ejaculatory disturbance | Constipation/Diarrhea | Drowsiness | Sedation |
| Trouble urinating | Trouble urinating | Insomnia | GI problems |
| Dry mouth | Drowsiness | Headache | Headaches |
| Drooling | Insomnia | Heartburn | Increased heart size |
| Runny nose | Headache | Nausea | Priapism |
| Drowsiness | Nausea | Weight gain | Skin rash |
| Headache | Heartburn | Acne | Constipation |
| Lightheadedness | Weight gain | Skin rash | |
| Increased heart rate | Loss of appetite | Sun sensitivity | |
| Skin changes | Elevated blood pressure | Thyroid damage | |
| Sun sensitivity | Increased sweating | | |
| Weight gain | | | |
| Metabolic syndrome: | | | |
|   Tendency toward diabetes, | | | |
|   hypertension, heart problems. | RARELY | RARELY | |
| RARELY | Eye pain | Severe reduction in white blood cells | |
| Severe reduction in white blood cells | Rash | Bone marrow damage | |
| Cataracts | Seizures | Diabetes insipidus | |
| Risk of seizures | Increased heart size | Excessive thirst | |
| High fever | Priapism | Excessive urination | |
| Neuroleptic Malignant Syndrome | Suicidal ideation | Kidney damage/failure | |
|   High fever | | Liver damage | |
|   Muscle breakdown | | Severe rash | |
|   Kidney damage | | | |
| Medication: | Medication: Paxil 40 g Am | Medication: | Medication: |
| Maximum Daily Dose | Maximum Daily Dose 60 | Maximum Daily Dose | Maximum Daily Dose |
| Mg per day | Mg per day | Mg per day | Mg per day |

I have been told that this medication may produce persistent involuntary movements of the face or mouth and at times similar movements of the hands and feet. This condition is called tardive dyskinesia (TD) and in certain cases these symptoms appear to be irreversible and may even appear after the medication has been stopped. I understand that I may change my decision to accept medication at any time by telling any member of the treatment team. Should I decide to stop or decrease my psychiatric medication, I have been informed to do this under the guidance of staff and not to stop medication suddenly. I am aware that this CONSENT original will be in my Unit Health Record. I will be given a copy of this CONSENT for my own records.

I AGREE TO TAKE THE ABOVE PRESCRIBED MEDICATION (Inmate/Patient Signature) _____

PRESCRIBED FOR: CDC # PE6590    NAME (Last, First) Kastle Chad

PHYSICIAN SIGNATURE _____    CONSENT DATE 2/1/07

STATE OF CALIFORNIA
CDC 7280 (3/93)

**STATEMENT OF INFORMED CONSENT**
**ANTIDEPRESSANTS**

DEPARTMENT OF CORRECTIONS
DISTRIBUTION:
ORIG - HEALTH RECORD
COPY - PSYCHIATRIC FILE
COPY - INMATE/PAROLEE

**STATEMENT OF INFORMED CONSENT**

KASTLE CHAD                                      P86598

INMATE NAME (PRINT OR TYPE)                      CDC NUMBER

Dr._____met with me and discussed my mental problems. The doctor told me of medications which are known to be of help in treating mental problems such as mine. The doctor told me of any division of opinion as to whether the medication will be helpful, why and how it works and its side effects. The doctor also discussed with me the likelihood of my improving or not improving without such medication(s). We discussed the reasonable treatment alternatives to medication and I understand that I may take the medication(s) and still be involved in other forms of treatment.

I understand that I may withdraw consent at any time by informing any member of the treatment staff.

☐ I do   ☐ I do not  consent to taking this medication.

Name of drug, dosage and frequency:_____

| INMATE'S SIGNATURE | DATE |
| X  Chad Kastle | 6-31-03 |
| WITNESS TO PATIENT'S SIGNATURE | DATE |
| X | |

☐ I have discussed the information on this form regarding this medication with the patient and it is my opinion that he/she has the capacity to understand that he/she is mentally ill, that the medication may help with his/her illness, and that there are possible side effects.

☐ I have discussed the information on this form regarding this medication with the patient and it is my opinion that he/she lacks the capacity to understand based upon the following evidence:_____

| PHYSICIAN'S SIGNATURE | DATE |

This is to inform you that your doctor has recommended a course of mental health treatment that includes the use of medications. This form will explain to you the type of medication you will receive, what it will do for you, and the possible side effects you may have.

I.   **SOME EXAMPLES OF THESE DRUGS ARE:**

amitriptyline (Elavil)          imipramine (Tofranil)          _____
desipramine (Norpramin)     nortriptyline (Aventyl)        _____
doxepin (Sinequan)            amoxapine (Asendin)

**Note:** The first drug name is the generic name, and the name in parenthesis is a common brand name. There may be more than one brand name for each generic name.

II.  **USES OF THESE MEDICATIONS:**
These drugs are used to treat emotional problems. Problems which may improve with the use of these drugs include:

—feelings of sadness              —decreased mental alertness        --abnormal sleeping patterns
—decreased physical activity   —lack of interest in life              --suicidal feelings
—feelings of worthlessness      —increased or decreased appetite   --bothersome anxiety

Other problems may also be treated with these drugs. It is important that you understand why this medication is being recommended for you. You and your doctor should discuss the role of medication in your treatment. By relieving symptoms

CONTINUED ON REVERSE

# E X H I B I T    ( G )

**Ex. Page No.**

1. "Filed" copy of Superior Court Habeas Petition dated for October 05, 2007

2. Proof of Service on District Attorney for Habeas Petition dated for October 02, 2007

3. Court's "Denial" of Habeas Petition dated December 03, 2007

4. (continued) "Denial"

5. (continued) "Denial" Proof of Service by Monterey Co. Superior Court for December 03, 2007

6. Petitioner's Motion in OPPOSITION TO SUPERIOR COURT'S ORDER OF DENIAL, dated December 08, 2007

7. (continued)

8. (continued)

9. (continued)

10. (continued)

11. (continued)

12. (continued)

13. (continued)

14. (continued)

15. (continued)

16. (continued)

17. (continued)

18. (continued)

19. Proof of Service on District Attorney for Opposition, dated December 08, 2007

//kastle on habeas corpus//

- 30 -

MC–275

Name    Chad Edward Kastle

Address    31625 HWY 101, POB 1050

Soledad CA 93960-1050

ORIGINAL FILED

OCT 0 5 2007

LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
S. GARSIDE          DEPUTY

CDC or ID Number    P86598

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF MONTEREY
(Court)

PETITION FOR WRIT OF HABEAS CORPUS

CHAD EDWARD KASTLE
Petitioner

vs.

MIKE S. EVANS (WARDEN) et al.
Respondent

No.    HC5929
(To be supplied by the Clerk of the Court)

RECEIVED OCT 0 5 2007

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

STATE OF CALIFORNIA

COUNTY OF MONTEREY

## PROOF OF SERVICE BY MAIL

I Chad Edward Kastle, CDCR # P-86598 declare that:
I am a residence of the County of Monterey, California.  I am over the
age of eighteen years, my residence address is:

Chad Edward Kastle
CDCR # P-86598
Salinas Valley State Prison
Facility B, Bldg. 5-102U
31625 Hwy 101, POB 1050
Soledad CA 93960-1050

On the 2nd day of October , 2007, I served the attached PETITION
FOR WRIT OF HABEAS CORPUS WITH ATTACHED MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT THEREOF; MOTION TO PROCEED IN FORMA PAUPERIS; REQUEST FOR
APPOINTMENT OF COUNSEL AND DECLARATION OF INDIGENCY: and [PROPOSED] ORDER
TO SHOW CAUSE, on the on the Respondent in said case, by placing a true
copy thereof enclosed in a sealed envelope with postage thereon fully
paid, in the United States mail at SALINAS VALLEY STATE PRISON, addressed
as follows:

Superior Court of California,
County of Monterey
Monterey Division
Clerk of the Court
1200 Aguajito Road
Monterey CA 93940

(Original)

Monterey County District Attorney's
Office
1200 Aguajito Road
Monterey CA 93940

(Copy)

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct, and that this declaration was
executed on the 2nd day of October , 2007, at Soledad, California.

Respectfully Submitted,

CHAD EDWARD KASTLE, CDCR # P-86598
PETITIONER, IN PRO PER.

-24-

COPY

1   Chad Edward Kastle
    CDCR # P-86598
2   Salinas Valley State Prison
    Facility B, Bldg. 5-102 LOW
3   31625 Highway 101, POB 1050
    Soledad CA 93960-1050
4
    **In Pro Per,**
5

6

7                   SUPERIOR COURT OF CALIFORNIA

8                        COUNTY OF MONTEREY

                         DIVISION THREE
9

10  In re

11            Chad Edward Kastle              Case No. HC5929

12            On Habeas Corpus          OPPOSITION TO THIS COURTS
                                            ORDER OF DENIAL
13
                                        Cal Penal Code §1474

14          TO THE HONORABLE STEPHEN A. SILLMAN:

15

16      1.      For his OPPOSITION to this Courts Order of Denial so

17  dated December 3, 2007, petitioner states:

18      2.      This Court has failed to set forth sufficient fact

19  or law to show cause why the relief requested in the petition

20  should not be granted.

21

22                          DENIAL

23                            I

24      3.      Petitioner admits, for the purposes of this action

25  only the allegations contained at page 1, lines 8-15 of this

26  Courts Order of Denial of his petition dated December 3, 2007.

27  ///

28  ///

                          - 1 -

1                                    II

2          4.    Petitioner denies the allegations contained at page

3    1, line 16 of this Courts Order.

4          5.    The Court alleges that, "Petitioner has not

5    submitted a copy of this request" thus refering to the August

6    19, 2007, CDCR-GA-22 Form (Inmate Request For INterview).

7    (see December 3rd Order)

8          6.    This document was submitted at page 19 (labeled

9    Exhibit B) at Exhibit page 13 (attached hereto as Reference A)

10   of the Original petition   filed by this court on October 5,

11   2007.

12                                   III

13         7.    Petitioner denies the allegation contained at page

14   1, line 24 of this Courts December 3rd Order.

15         8.    This Court alleges that, "Petitioner's claim fails"

16   and "Petitioner failed to exhaust his administrative remedies".

17         9.    Petitioner has diligently and without haste used all

18   available efforts to exhaust his administrative appeal, only to

19   have his original, August 2nd, 2007 appeal (see Exhibit B, at

20   Exhibit page 4 et seq. of original petition filed on October 5,

21   2007 by this Court) simply, "never received" by the appeals

22   coordinator.

23         10.   Petitioner did in fact place the original, August 2,

24   2007, CDCR-602-appeal in the outgoing institutional mail, so

25   addressed to the Inmate Appeals Coordinator on the regular mail

26   pick-up rounds on Thursday night, August 2, 2007.

27         11.   There in no available receipt or record kept or

28   given to California Inmates at the time of mailing a CDCR-602

1  appeal to the interdepartmental appeals coordinator.  This
2  "legal mail" cannot be documented on a CDCR-119 (inmate mail
3  log) in accordance with 15 CCR §3165(b) and §3141(c).

4      12.    Petitioner did seek to know the whereabouts of his
5  August 2, 2007 CDCR-602 proceedings by submitting a CDCR-GA-22
6  (Inmate Request for Interview Form, discussed, supra, in denial
7  No. II of this Motion) to the appeals coordinator on August 19,
8  2007.  The appeals coordinator failed to respond to the CDCR-GA-
9  22 as well.

10     13.    Petitioner, on September 5, 2007 then submitted a
11 suplemental CDCR-602-appeal inquiring as to the proceedings of
12 his August 2, 2007 original CDCR-602 as well as his August 19,
13 2007 CDCR-GA-22.

14     14.    This supplemental appeal (CDCR-602) was then,
15 "screened-out" (CDCR-695) on September 6, 2007 and date stamped
16 on September 13, 2007.  From the very face of this "Screed-out"
17 form, it appears that the appeals coordinator failed to even
18 examine the attached CDCR-602-appeal the coordinator was
19 addressing. (please read the September 5, 2007 appeal and
20 attached "Screen-Out" response).  This is the first known
21 "acknowledgeed" receipt of any appeal (or lack of receipt of
22 appeal) so dated a full 33 days after the Original appeal, and
23 over 40 days from the date of the incident (dated July 25, 2007,
24 see Ex.B, Ex. p. 6 of original petition).  The 40 days far
25 exceeds the 15 day statutory limit given to file an
26 administrative appeal against any action (see 15 CCR §3084.6 et
27 seq.) therefore, by the time the coordinator had "acknowledged"
28 first receipt of the appeal was September 6, 2007.

- 3 -

ARGUMENT

15.    The higher courts have decided in Dole v. Chandler

(2006) 438 F.3d 804, that:

> "...inmates cannot maintain control of their complaint
> once the gaurd picked it up" and "[inmate] had no
> means of being alerted that the [board] had not
> received his appeal in time to file a new, timely complaint."

(Id. at p. 810)

16.    The Dole supra, court, in affirmations of United

States Supreme Court Case of Houston v. Lack (1988) 487 US 266

held, "...to believe that of the Pro se inmate over that of the

institution where the issue of filing a complaint was discussed"

(Id. at pp. 810-813)

DENIAL

IV

17.    Petitioner denies the allegations contained at page

2, lines 1-12 of this courts order.

18.    This court alleges that Petitioner's argument fails

with regard to him responding to his "Screened-out" appeal so

dated September 18, 2007 (see Exhibit B, Ex. p. 1 of the

Original petition for writ of habeas corpus).

19.    This Court cannot, in good faith overlook the

petitioner's **three prior efforts** to contact and resolve his

appeal on (1) August 2, 2007 (Original CDCR-602-appeal), (2)

August 19, 2007 (Inmate Request for Interview CDCR-GA-22), and

(3) September 5, 2007 (subsequest CDCR-602-appeal) as "failing"

to meet the burden of administrative exhaustion.

20.    At page 2, lines 4-5, of this Courts Order, the Court

contends that petitioner has failed to follow the appeals

- 4 -

coordinator's instructions. Ths issue at hand in the September 18th appeal was, inter alia, to be granted a time extension with which to re-file the original August 2nd appeal (which was now time-barred, see 15 CCR §3084.6 et seq.) and that the appeals coordinator claims was never received.

21.    The appeals coordinator, through the CDCR-695 screening form, did not address, directly, any issue given as contentions in the appeal. The appeals coordinator did, although, consistently play a would be cat-and-mouse game of sorts, in an attempt to retire petitioner from further efforts, to which petitioner deemed the administrative process exhausted, thus filing a Writ of Habeas Corpus (Original petition).

ARGUMENT

22.    Petitioner made (4) four seperate attempts to rectify his complaint via the administrative avenue to no avail.

23.    White v. California (1987) 195 Cal App 3d 452, 464 (exhaustion is not required if the administrative remedy is unavailable or inadequate.) Petitioner filed several actions to resolve the material actions againts him to no avail. (see also, Glendale City Employee's Assn., Inc v. City of Glendale (1975) 15 Cal 3d 328, 342-343; In re Dexter (1979) 25 Cal 3d 921, 925 (exhaustion of administrative remedies for a State Habeas Corpus action is not required if it would be futile). Please see as well, In re Thompson (1985) 172 Cal App 3d 256, 262-263[218 Cal Rptr 192]; In re Reina (1985) 171 Cal App 3d 638, 642[217 Cal Rptr 535].

///

1
<u>CONCLUSION</u>

2      24.     Petitioner realleges and incorporates by reference

3  herein all the allegations and contentions set forth in the

4  Original petition.

5      25.     WHEREFORE, petitioner requests that the relief ....

6  prayed for in the petition be granted, and this court issue an

7  Order to Show Cause (attached as page 28-29 of the Original

8  Petition and hereto as Reference B) on the Attorney General

9  of California.

10  DATED: 12-8-07

Respectfully Submitted,

11
C.E. Kastle, CDCR # P86598
12
Petitioner, In Pro se.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -

1

2                        VERIFICATION/DECLARATION

3        I CHAD EDWARD KASTLE, CDCR P-86598 declare:

4        I am the petitioner in the aformentioned action.  I have

5   read the foregoing petition/motion and the facts stated herein

6   are true of my own knowledge, except as to matters that are

7   stated on my own information and belief, and as to those matters

8   I believe them to be true.

9        I declare under penalty of perjury that the foregoing is

10  true and correct under the law, and that this declaration was

11  executed at Soledad, California on DATE: 12 - 8      2007.

12             Respectfully Submitted,

13

          C.E. Kastle, CDCR P-86598
14        Petitioner, In Pro se.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

R E F E R E N C E   ( A )

PAGE 1:    EXHIBIT PAGE ".B" OF ORIGINAL PETITION FOR WRIT
           OF HABEAS CORPUS FILED BY THIS COURT ON
           OCTOBER 5, 2007

PAGE 2:    EXHIBIT "B" PAGE 13 OF ORIGINAL PETITION FOR
           WRIT OF HABEAS CORPUS FILED BY THIS COURT ON
           OCTOBER 5, 2007

# E X H I B I T   ( B )

**PAGE 1:** CDCR-695 "INMATE/PAROLEE SCREENING FORM, Dated September 18, 2007

**PAGE 2:** CDC-602 "INMATE/PAROLEE APPEAL FORM, Dated September 17, 2007

**PAGE 3:** CONTINUED 602 APPEAL FOR SEPTEMBER 17, 2007

**PAGE 4:** EXHIBIT A, "ORIGINAL AUG. 2, 2007 602 APPEAL"

**PAGE 5:** CDC-602 "INMATE/PAROLEE APPEAL FORM, Dated August 2, 2007

**PAGE 6:** CONTINUED 602 APPEAL FOR August 2, 2007

**PAGE 7:** RVR - Part C, Supplemental Report by Dr. Kerby MD given on Augv 31s
2007

**PAGE 8:** RVR dated for August 5th 2007

**PAGE 9:** RVR - part A, Referral for Felony Prosecution dated July 25, 2007

**PAGE 10:** EXHIBIT B, "SCREENED OUT APPEAL OF SEPT. 9, 2007

**PAGE 11:** CDCR-695 "INMATE/PAROLEE SCREENING FORM, Dated September 6, 2007

**PAGE 12:** CDC-602 "INMATE/PAROLEE APPEAL FORM, Dated September 5, 2007

**PAGE 13:** CDC GA-22, "INMATE REQUEST FOR INTERVIEW", (carbon copy) Dated Aug.
2007

**PAGE 14:** INMATE/PAROLEE APPEALS TRACKING SYSTEM - LEVEL I & II

**PAGE 15:** INMATE/PAROLEE APPEALS TRACKING SYSTEM - LEVEL I & II, (cont.)

GA-22                        INMATE REQUEST FOR INTERVIEW

08/19/2007      Appeals Coordinator              Kastle                        P86598

    B5          204        porter, B52W    RDO: S/M

   Coastline Community College Fall '07


I have not received an, "Inmate Appeal Assignment Notice" on two CDC-602 appeals I filed.

One was on August 02, 2007 and the other was on August 13, 2007. Please inform me as to the

proceedings of these Appeals. Thank you.


[Re-typed copy of 08/19/2007 request notice]

R E F E R E N C E     ( B )

PAGE 1 & 2:     MOTION FOR AN ORDER TO SHOW CAUSE
                PRESENTED TO THE COURT BY THE
                PETITIONER

1  Chad Edward Kastle
   CDCR # P-86598
2  Salinas Valley State Prsion
   Facility B, Bldg. 5-102
3  31625 Highway 101, POB 1050
   Soledad CA 93960-1050
4  In Pro Per,

5

6          IN THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA

7              IN AND FOR THE COUNTY OF MONTEREY

8

9  CHAD EDWARD KASTLE

10                          Petitioner,                HC5929

11          vs.                                     [PROPOSED]

12                                             ORDER TO SHOW CAUSE
   MIKE S. EVANS (Warden) et al.,              AND NOTICE TO FILE RETURN
13                          Respondent.

14

15

16          From the petition and the points and authorities

17  filed in support of it in the above-captioned proceeding, it

18  appears that there is reasonable cause to believe that

19  Petitioner may be entitled to a Writ of Habeas Corpus, and that

20  he will suffer irreparable harm if this cause is not heard as

21  soon as possible.

22          Accordingly, let issue an Order to Show Cause why the

23  relief prayed for should not be granted.

24          The Monterey County District Attorney is directed to

25  file a return to this order on:_____.

26          Hearing on this matter is set for:_____.

27  ///

28  ///

- 28 -

1          A denial and exception to the return shall be filed

2 on or before: _____.

3 Presented by: _____
                 CHAD E. KASTLE, P86598

4                Petitioner, In Pro Per.

5

6 Dated: _____          _____
                                     Judge of the Superior Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COURTS ORDER DATED DECEMBER 3, 2007

SUPERIOR COURT OF CALIFORNIA

COUNTY OF MONTEREY

FILED

DEC 0 3 2007

CONNIE MAZZEI
CLERK OF THE SUPERIOR COURT
NOEMI P. BECERRA DEPUTY

In re                                              ) Case No.: HC 5929
                                                   )
        Chad Edward Kastle                         ) ORDER
                                                   )
              On Habeas Corpus.                    )

On October 5, 2007, Petitioner filed a petition for writ of habeas corpus.

On October 17, 2007 and November 6, 2007, Petitioner filed motions to amend the petition. On November 8, 2007, the court granted these motions.

Petitioner is currently incarcerated at Salinas Valley State Prison.

Petitioner describes the background of the petition as follows.

On August 5, 2007, Petitioner was found guilty of refusal to test for controlled substances and was assessed 90 days forfeiture of credits. (RVR B07-07-0036.)

On August 2, 2007, Petitioner submitted an appeal. On August 19, 2007, Petitioner sent an Inmate Request for Interview. Petitioner has not submitted a copy of this request. On September 5, 2007, Petitioner submitted an appeal. On September 6, 2007, the Appeals Coordinator screened out his appeal. On September 17, 2007, Petitioner submitted an appeal. On September 18, 2007, Petitioner's appeal was screened out.

In the instant petition, Petitioner claims that he was improperly found guilty of refusal to test for controlled substances on the ground that his psychiatrist improperly disclosed confidential information to the prison officials. Petitioner appears to claim that his psychiatrist failed to obtain his written consent before changing his medication.

Petitioner's claims fail. Petitioner failed to exhaust his administrative remedies. *In re Muszalski* (1975) 52 Cal.App.3d 500, 508.

1

1         To the extent that Petitioner argues that his appeal was improperly screened out, his

2    argument fails. Petitioner fails to meet his burden of explaining how his appeal was improperly

3    screened out. See *People v. Duvall* (1995) 9 Cal.4th 464, 474. After Petitioner's appeal was

4    screened out on September 18, 2007, he failed to follow the appeals coordinator's instructions.

5    On September 18, 2007, Petitioner's appeal was screened out because 1) his appeal contained

6    numerous and separate issues and 2) Petitioner failed to attach a complete final copy of the RVR.

7    The screen out states in part, "If you allege the above reason is inaccurate, then attach an

8    explanation on a separate piece of paper, or use the back of this screen out—do not write any

9    more on the appeal itself. Please return this form to the Appeals Coordinator with the necessary

10   information attached." Petitioner fails to explain why he did not submit his explanation to the

11   appeals coordinator after Petitioner's appeal was screened out on September 18, 2007. *Duvall*,

12   *supra*, 9 Cal.4th 464, 474.

13        Accordingly, the petition is denied.

14        IT IS SO ORDERED.

15   Dated: 12-03-07

16

17        Hon. Stephen A. Silliman
          Judge of the Superior Court

18

19

20

21

22

23

24

25

## CERTIFICATE OF MAILING

### C.C.P. SEC. 1013a

I do hereby certify that I am not a party to the within stated cause and that on

**DEC 0 3 2007**_____ I deposited true and correct copies of the following document:

ORDER in sealed envelopes with postage thereon fully prepaid, in the mail at Salinas,

California, directed to each of the following named persons at their respective addresses

as hereinafter set forth:

Chad Edward Kastle
CDCR # P-86598
Salinas Valley State Prison
Facility B, Bldg. 5-102
31625 Highway 101, POB 1050
Soledad, CA 93960

Dated:___**DEC 0 3 2007**_____

Connie Mazzei,
Clerk of the Court

By: _____
Deputy **NOEMI P. BECERRA**

STATE OF CALIFORNIA                          COUNTY OF MONTEREY

PROOF OF SERVICE BY MAIL

C.C.P. §1013(a) & §2015.5; TITLE 28 U.S.C. §1746

I __Chad E. Kastle, CDCR P-86598__ , am a resident of Salinas Valley State
Prison, in Monterey County, California.  I am over the age of 18 years and am/am not
a party of the foregoing entitled action.  My Prison address is: 31625 Highway 101,
Post Office Box 1050, Soledad, California 93960-1050.

On this __8th__ day of __December__ , 20 07, I served the foregoing:

**OPPOSITION TO THIS COURTS ORDER OF DENIAL**
**OF DECEMBER 3, 2007  (18 pages total)**

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy thereof, enclosed in a sealed
envelope with postage thereof fully paid, into the hand of a California Correctional
Officer, to be placed into the outgoing inmate legal mail, in accordance with the
United States Supreme Court Case, Houston B Lack (1988) 487 U.S. 266, 108 S.Ct. 2379,
and addressed to:

**OFFICE OF THE ATTORNEY GENERAL**
**COUNTY OF MONTEREY**
**1200 AGUAJITO ROAD**
**MONTEREY CA 93940**

There is delivery service by the United States Mail at the place so addressed, and/or
regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.
Executed at  Soledad, California on this __8th__ day of __December__ , 20 07.

(Signature) _____

DECLARANT/PRISONER

- 11 -

E X H I B I T   ( H )

**Ex. Page No.**

1.      Government Claims Form (double-sided) filed by the
        Board on October 02, 2007

2.      Government Claims Form "Fee-Waiver" (double-sided)
        filed as attached to Original Claim Form on Oct. 02, 2007

3.      Proof of Service of Claims form on Claims Department,
        dated September 25, 2007

4.      Letter from Claims Program, dated for November 13, 2007

//kastle on habeas corpus//

- 31 -

# Government Claims Form

**California Victim Compensation and Government Claims Board**
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 • www.governmentclaims.ca.gov

**State of California**

**For Office Use Only**
Claim No.: G570507

## Is your claim complete?

| | |
|---|---|
| [x] | **New!** Include a check or money order for $25 payable to the State of California. **fee waiver** |
| [x] | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| [x] | Attach receipts, bills, estimates or other documents that back up your claim. |
| [x] | Include two copies of this form and all the attached documents with the original. |

## Claimant Information

**❶** KASTLE, CHAD E.
*Last name*            *First Name*            *MI*

**❷** Tel:

**❸** Email:

**❹** 31625 Hwy 101, POB 1050
*Mailing Address*        Soledad  *City*    CA *State*   93960 *Zip*

**❺** Best time and way to reach you:

**❻** Is the claimant under 18?  [ ] Yes  [x] No  If YES, give date of birth:  ___ MM  ___ DD  ___ YYYY

## Attorney or Representative Information

**❼** In Pro Per.
*Last name*            *First Name*            *MI*

**❽** Tel:

**❾** Email:

**❿** 
*Mailing Address*        *City*    *State*   *Zip*

**⓫** Relationship to claimant:

## Claim Information

**⓬** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond?  [ ] Yes  [x] No

State agency that issued the warrant:

Dollar amount of warrant: _____  Date of issue: ___ MM  ___ DD  ___ YYYY     If NO, continue to Step ⓭

Proceed to Step ㉒

**⓭** Date of Incident: July 25, 2007

Was the incident more than six months ago?  [ ] Yes  [xx] No
If YES, did you attach a separate sheet with an explanation for the late filing?  [ ] Yes  [ ] No

**⓮** State agencies or employees against whom this claim is filed:

California Department of Corrections and Rehabilitations
Dr. Keren Kerby, M.D.

**⓯** Dollar amount of claim: $0.01

If the amount is more than $10,000, indicate the type of civil case:
[x] Limited civil case ($25,000 or less)
[ ] Non-limited civil case (over $25,000)

Explain how you calculated the amount:

Insignificant amount mearly to state principle

**AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM**

*(Request for Permission to Proceed In Forma Pauperis)*
California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 ▪ www.governmentclaims.ca.gov

**State of California**

**For Office Use Only**

**Claim No.:**

---

*I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.*

**Claimant Information**

**❶** KASTLE, CHAD E.

| Last name | First Name | MI |

**❷** Tel: ▨▨▨-▨▨▨-▨▨▨▨

**❸** Claim Number (if known):

**Employment Information**

**❹** My occupation: **Building Porter**

My employer: **Salinas Valley State Prison**

| 31625 Hwy 101, POB 1050 | Soledad | CA | 93960 |
| Employer's Mailing Address | City | State | Zip |

My spouse's or partner's employer: **not married**

| | | | |
| Employer's Mailing Address | City | State | Zip |

**❺** If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step **㉓**.

Inmate Identification Number: **P86598**

**Financial Information**

**❻** I am receiving financial assistance from one or more of the following programs.  ☐ Yes  ☒ No

If no, proceed to step **❼** If yes, check all that apply, then skip to step **㉔**

☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs

☐ CalWORKS: California Work Opportunity and Responsibility to Kids Act

☐ Food Stamps

☐ County Relief, General Relief (GR), or General Assistance (GA)

**❼** Number in my household and my gross monthly household income, if it is the following amount or less:  **0**

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| **A** ☐ | 1 | $969.79 | **F** ☐ | 6 | $2,626.04 |
| **B** ☐ | 2 | $1,301.04 | **G** ☐ | 7 | $2,957.29 |
| **C** ☐ | 3 | $1,632.29 | **H** ☐ | 8 | $3,288.54 |
| **D** ☐ | 4 | $1,963.54 | **I** ☐ | There are more than 8 people in my family | |
| **E** ☐ | 5 | $2,294.79 | | Add $331.25 for each additional person. | |

Number: **0**  Total Income: **13¢/Hr**

If you checked a box in step **❼** A through I, complete steps **❾** through **⓯**. Then skip to step **㉔**.

**❽** My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee.  ☒ Yes  ☐ No

If yes, fill in steps **❾** through **㉔**.

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC.466 & 2015.5; 28 U.S.C.SEC.1746)

I, Chad E. Kastle, P86598    declare under penalty of perjury that: I am
the  complaintant    in the above entitled action; I have read the
foregoing documents and know the contents thereof and the same is
true of my own knowledge, except as to matters stated therein upon
information, and belief, and as to those matters, I believe they are
true.

Executed this 25 day of Sept   , 20 07, at Salinas Valley State
Prison, 31625 HWY 101, P.O.Box 1050, Soledad, California 93960-1050.

(Signature) _____
DECLARANT/PRISONER

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

PROOF OF SERVICE BY MAIL
(C.C.P. SEC.1013(a) & 2015.5; 28 U.S.C. SEC.1746)

I, Chad E. Kastle, P86598  , am a resident of a California State Prison,
in the County of Monterey, State of California; I am over the age of
eighteen (18) years and AM/AM NOT a party of the above entitled
action.  My State Prison address is: P.O.Box 1050, Soledad, Calif.
93960-1050.

On this 25 day of Sept   , 20 07 , I served the foregoing:

Government Claim form with original signature; Fee Waiver for Govt. Claim form;
11 attachments and exhibits in support of claim.

(Set forth exact title of document(s) served)

On the pary(s) herein by placing a true copy(s) thereof, enclosed
in a sealed envelope(s), with postage thereof fully paid, in the
United States Mail, in a deposit box so provided at Salinas Valley
State Prison, Soledad, California 93960-1050.

Government Claim Program
PO BOX 3035
Sacramento CA 95812-3035

(List parties served)

There is delivery service by the United States Mail at the place so
addressed, and/or regular communication by mail between the place of
mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and
correct.

Dated: Sept 25 , 20 07 .      (Signature) _____
DECLARANT/PRISONER

Kare y. Kirby G67502



STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5ᵗʰ Floor ♦ Sacramento California 95811
Mailing Address P.O. Box 3035 ♦ Sacramento California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number (916) 491-6443
Internet www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
KAREN McGAGIN
Executive Officer

Chad E Kastle P86598
31625 Hwy 101
POB 1050
Soledad, CA 93960

November 13, 2007

RE  Claim G570507 for Chad E Kastle, P86598

Dear Chad Kastle,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on October 02, 2007.

Based on its review of your claim, Board staff believes that the court system is the appropriate means for resolution of these claims, because the issues presented are complex and outside the scope of analysis and interpretation typically undertaken by the Board. The claim has been placed on the consent agenda. The VCGCB will act on your claim at the December 13, 2007 hearing. You do not need to appear at this hearing. The VCGCB's rejection of your claim will allow you to initiate litigation should you wish to pursue this matter further.

If you have questions about this matter, please mention letter reference 99 and claim number G570507 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Program
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 99 Complex Issue Reject

$ 00.800

UNITED STATES POSTAGE

MAILED FROM ZIP CODE

RECEIVED

JAN 1 6 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
San Jose Division
280 S. First St, #3035
San Jose, CA 95113-30

Thomas Chad Kashe #P86598
Facility B, Bldg, 5-102
31625 Hwy 101/POB 1050.
Soledad, CA 93960-1050

RECEIVED

JAN 1 6 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONFIDENTIAL
LEGAL MAIL

STATE PRISON
GENERATED MAIL