1  Chad Edward Kastle
2  CDCR # P86598
3  Salinas Valley State Prison
   31625 Hwy 101
4  Soledad, CA 93960

5  In Pro Per,

6

7

8       UNITED STATES DISTRICT COURT
9       NORTHERN DISTRICT OF CALIFORNIA

10

11

12  CHAD EDWARD KASTLE                CV 08   00646

13        Plaintiff,           CASE NO. _____      JF

14

15    vs.                      PRISONER'S APPLICATION TO PROCEED
                               IN FORMA PAUPERIS
16  ARNOLD SCHWARZENEGGERS
    et al.
17        Defendant.

18

19     I, Chad E. Kastle         , declare under penalty of
20  perjury that I am the Plaintiff in the above entitled case and
    that the information I offer throughout this application is
21  true and correct. I offer this application in support of my
22  request to proceed without being required to prepay the full
    amount of fees, costs or give security. I state that because
23  of my poverty I am unable to pay the costs of this action or
24  give security, and that I believe that I am entitled to relief.
25     In support of this application, I provide the following
26  information:
27  1.  Are you presently employed? Yes  X   No____
    If your answer is "yes," state both your gross and net salary
28

- 1 -
PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

or wages per month, and give the name and address of your employer:

Gross: 13¢/HR    Net: 6¢/HR

Employer: Salinas Valley State Prison as Building Porter, Inmate Job No. PRT.B-521

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.    Business, Profession or self employment?    Yes ____ No  X

    b.    Income from stocks, bonds or royalties?    Yes ____ No  X

    c.    Rent payments?    Yes ____ No  X

    d.    Pensions, annuities, or life insurance payments?    Yes ____ No  X

    e.    Federal or State walfare payments, Social Security or other government source?    Yes ____ No  X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?    Yes ____ No  X

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

- 2 -

PRISONER'S APPLICATION TO PROCEED  IN FORMA PAUPERIS

| Name of Account: | Monthly Payment: | Total Owed on Acct: |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Restitution of $50,000.00 To Ventura County Superior Court.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuites?

Yes X   No ____

Please list the case name(s) and number(s) of prior lawsuite(s) and the name of the court in which they were filed:

In re Chad E. Kostle (2007) Superior Court No. HCS929 Filed on October 5, 2007, Monterey County.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under penalty of perjury that the foregoing is true and correct, and understand that a false statement herein may result in the dismissal of my claims.

Dated this 24th day of December, 2007.

Respectfully Submitted,

*/s/ Chad Edward Kostle*
Chad Edward Kostle
Plaintiff, In Pro Per.

- 4 -

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Kastle Chad P86598** for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **7.68** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **8.16**.

Dated: **1/10/08**

_L. Macias_
[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                                REPORT DATE: 01/10/08
                                                                       PAGE NO:           1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  SALINAS VALLEY STATE PRISON
                                 INMATE TRUST ACCOUNTING SYSTEM
                                 INMATE TRUST ACCOUNT STATEMENT

                            FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 10, 2008

ACCOUNT NUMBER : P86598                         BED/CELL NUMBER: FBB5T1000000102U
ACCOUNT NAME   : KASTLE, CHAD EDWARD              ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                      TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE  DESCRIPTION       COMMENT      CHECK NUM   DEPOSITS      WITHDRAWALS     BALANCE
-------- ----  ---------------   ----------   ---------   ----------    -----------     --------

07/01/2007     BEGINNING BALANCE                                                            2.93

07/05 W512 LEGAL POSTAGE 0053 LPOST                                          0.05           2.88
07/06*VD54 INMATE PAYROL 0072 P6/07                          8.38                          11.26
07/10 W516 LEGAL COPY CH 0109 LCOPY                                          8.38           2.88
07/12 W515 COPY CHARGE    0149 /COPY                                         2.88           0.00
08/06*VD54 INMATE PAYROL 0415 P7/07                          7.99                           7.99
08/07 W516 LEGAL COPY CH 0427 LCOPY                                          0.60           7.39
08/14 W512 LEGAL POSTAGE 0503 ENVEL                                          1.10           6.29
08/16 W512 LEGAL POSTAGE 0531 ENVEL                                          1.35           4.94
08/23 W512 LEGAL POSTAGE 0590 ENVEL                                          1.35           3.59
08/23 W512 LEGAL POSTAGE 0598 ENVEL                                          1.10           2.49
08/23 W516 LEGAL COPY CH 0598 LCOPY                                          0.20           2.29
08/28 W515 COPY CHARGE    0629 MCOPY                                         1.19           1.10
08/28 W512 LEGAL POSTAGE 0630 ENVEL                                          1.10           0.00
09/07*VD54 INMATE PAYROL 0705 P8/07                          8.75                           8.75
09/13 W515 COPY CHARGE    0781 MCOPY                                         8.75           0.00
10/04*VD54 INMATE PAYROL 0976 P9/07                          7.99                           7.99
10/04 W515 COPY CHARGE    0991 MCOPY                                         3.74           4.25
10/18 W512 LEGAL POSTAGE 1108 ENVEL                                          1.35           2.90
10/24 W512 LEGAL POSTAGE 1162 LPOST                                          2.16           0.74
11/01 W512 LEGAL POSTAGE 1220 LPOST                                          0.74           0.00
11/06*VD54 INMATE PAYROL 1256P10/07                          8.38                           8.38
11/07 W512 LEGAL POSTAGE 1289 LPOST                                          0.41           7.97
11/07 W512 LEGAL POSTAGE 1289 LPOST                                          0.58           7.39
11/07 W512 LEGAL POSTAGE 1289 LPOST                                          0.41           6.98
11/08 W516 LEGAL COPY CH 1296 LCOPY                                          0.80           6.18
11/14 W512 LEGAL POSTAGE 1343 ENVEL                                          1.35           4.83
11/20 W512 LEGAL POSTAGE 1411 ENVEL                                          1.60           3.23
11/20 W516 LEGAL COPY CH 1411 LCOPY                                          3.23           0.00
12/06*VD54 INMATE PAYROL 1492P11/07                          4.57                           4.57
12/13 W516 LEGAL COPY CH 1568 LCOPY                                          4.57           0.00
   ACTIVITY FOR 2008
01/07*VD54 INMATE PAYROL 1736P12/07                          7.99                           7.99
01/07 W512 LEGAL POSTAGE 1745 LPOST                                          4.08           3.91
01/07 W512 LEGAL POSTAGE 1746 ENVEL                                          1.10           2.81
01/09 W516 LEGAL COPY CH 1781 LCOPY                                          2.40           0.41


                              CURRENT HOLDS IN EFFECT
   DATE         HOLD
  PLACED        CODE         DESCRIPTION              COMMENT           HOLD AMOUNT
----------     ------    -------------------      ---------------      -------------

11/27/2007      H107     POSTAGE HOLD              1435  POST                   0.41
```

```
REPORT ID: TS3030  .701                                              REPORT DATE: 01/10/08
                                                                     PAGE NO:           2
                              SALINAS VALLEY STATE PRISON
                              INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 10, 2008

ACCT: P86598        ACCT NAME: KASTLE, CHAD EDWARD           ACCT TYPE: I

                              CURRENT HOLDS IN EFFECT

 DATE         HOLD
 PLACED       CODE    DESCRIPTION                  COMMENT             HOLD AMOUNT
 ---------    ----    -----------                  -------             -----------
 12/20/2007   H109    LEGAL POSTAGE HOLD           1636 LPOST              4.60
 01/02/2008   H109    LEGAL POSTAGE HOLD           1697 ENVEL              0.80
 01/02/2008   H118    LEGAL COPIES HOLD            1696 LCOPY              7.20
 01/03/2008   H109    LEGAL POSTAGE HOLD           1700 LPOST              0.41
 01/04/2008   H118    LEGAL COPIES HOLD            1734 LCOPY             20.40
 01/09/2008   H114    COPAY FEE, MED.              1785DCOPAY              5.00


                          * RESTITUTION ACCOUNT ACTIVITY

 DATE SENTENCED: 06/26/00                     CASE NUMBER: *CR45410
 COUNTY CODE: *VEN                            FINE AMOUNT: $   52,372.00

 DATE         TRANS.   DESCRIPTION                      TRANS. AMT.      BALANCE
 ----         ------   -----------                      -----------      -------

 07/01/2007   BEGINNING BALANCE                                          51,696.73

 07/06/07     VR54     RESTITUTION DEDUCTION-SUPPORT         9.29-       51,687.44
 08/06/07     VR54     RESTITUTION DEDUCTION-SUPPORT         8.87-       51,678.57
 09/07/07     VR54     RESTITUTION DEDUCTION-SUPPORT         9.71-       51,668.86
 10/04/07     VR54     RESTITUTION DEDUCTION-SUPPORT         8.87-       51,659.99
 11/06/07     VR54     RESTITUTION DEDUCTION-SUPPORT         9.29-       51,650.70
 12/06/07     VR54     RESTITUTION DEDUCTION-SUPPORT         5.07-       51,645.63
 01/07/08     VR54     RESTITUTION DEDUCTION-SUPPORT         8.87-       51,636.76

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.      *

                              TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL      TOTAL         CURRENT      HOLDS       TRANSACTIONS
 BALANCE      DEPOSITS   WITHDRAWALS   BALANCE      BALANCE     TO BE POSTED
 ---------    --------   -----------   -------      -------     ------------
    2.93        54.05       56.57        0.41        38.82          0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1/10/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _L. Maules SVSP_
TRUST OFFICE

```
                                                                  CURRENT
                                                                 AVAILABLE
                                                                  BALANCE
                                                                 ---------
                                                                   38.41-
```

Page 3 of 3

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

CHAD EDWARD KASTLE
CDCR # P-86598

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $_____ on account at the _____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_____        _____
Date                           Authorized Officer of Institution (Signature)

REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT
CV-60P (04/06)                                                                    Page 3 of 3