```
            Chad E. Kastle, P86598
                CDCR # P-86598
         SVSP-SALINAS VALLEY STATE PRISON
             31625 Highway 101, POB 1050
              Soledad, Calif. 93960-1050
```

Filed
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

April 14, 2008



Office of the Clerk
U.S. District Court for the
Northern District of California
280 S. First St., #2112
San Jose, Calif. 95113-3008

    **RE:** KASTLE vs. SCHWARZENEGGER, (ND Cal Jan. 28, '08) CV 08-000646-JF(PR)

Dear Clerk of the Court,

On January 28th 2008 this court filed my §1983 action in the above entitled name and number. On March 06, 2008 I filed for a MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT, because the defendant had commenced the administration process when notifed of this complaint.

I am asking the court/clerk to take notice that I have not received documentation regarding the granting or denying of my March 6th Motion.

Thank you.

Chad E. Kastle, Inmate
SVSP/P86598
///

cc/ck 04142008.001                                                      seal



Salinas Valley State Prison
Chad Castle P86598
P.O. Box 1050 (B5-102)
Soledad CA
93960-1050

Office of the Clerk
US District Court for the
Northern District of California
280 S. First St., # 2112
San Jose CA    95113-3008