IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHAD EDWARD KASTLE | ) | No. C 08-0646 JF (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| A. SCHWARZENEGGER., et al., | ) | |
| Defendants. | ) | |

The Court has dismissed this civil rights action without prejudice for failure to exhaust. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/9/08

JEREMY FOGEL
United States District Judge

Judgment
G:\PRO-SE\SJ.Jf\CR.08\Kastle646jud.wpd       1